✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE**          District of       **NORTH CAROLINA**

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:  No. 1:08-cv-119

TO: (Name and address of Defendant)

Aaron Graves, Associate Vice President for Campus Safety & Security
Duke University
012 Allen Building
Durham, N.C. 27720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

/s/ Abby McClain
Deputy Clerk

February 25, 2008
Date

Dockets.Justia.com

# UNITED STATES DISTRICT COURT

MIDDLE                    District of               NORTH CAROLINA

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

David Addison, Corporal and Durham Crimestoppers Coordinator
Durham Police Department
505 W. Chapel Hill Street
Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |
|---|---|---|

EDWARD CARRINGTON, et al.,

V.

DUKE UNIVERSITY, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

Theresa Arico, Clinical Nurse IV
Duke University Medical Center
Emergency Room North
Durham, N.C.  27710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>          District of          <u>NORTH CAROLINA</u>

EDWARD CARRINGTON, et al.,

## SUMMONS IN A CIVIL ACTION

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

> Patrick Baker, City Manager
> City of Durham
> 101 City Hall Plaza
> Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Charles J. Cooper
> Cooper & Kirk, PLLC
> 1523 New Hampshire Avenue, NW
> Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



<u>John S. Brubaker</u>
Clerk

<u>      February 25, 2008      </u>
Date

<u>/s/ Abby McClain</u>
Deputy Clerk

# UNITED STATES DISTRICT COURT

__MIDDLE__      District of      __NORTH CAROLINA__

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

Richard Brodhead, Ph.D., President
Duke University
207 Allen Building
Durham, N.C.  27710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

**MIDDLE**      District of      **NORTH CAROLINA**

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER: No. 1:08-cv-119

TO: (Name and address of Defendant)

John Burness, Sr. Vice President for Public and Government Relations
Duke University
211 Allen Building
Durham, N.C. 27708

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

_____MIDDLE_____  District of _____NORTH CAROLINA_____

EDWARD CARRINGTON, et al.,

### SUMMONS IN A CIVIL ACTION

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:  No. 1:08-cv-119

TO: (Name and address of Defendant)

Steven Chalmers, Chief of Police
Durham Police Department
505 W. Chapel Hill Street
Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker_____

Clerk

February 25, 2008

Date

/s/ Abby McClain_____

Deputy Clerk

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |
|---|---|---|

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

City of Durham, North Carolina
c/o Patrick Baker, City Manger
101 City hall Plaza
Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
*of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.*



| John S. Brubaker | | February 25, 2008 |
|---|---|---|
| Clerk | | Date |

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____  District of _____ NORTH CAROLINA _____

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

Beverly Council, Commander of the Uniform Patrol Bureau
Durham Police Department
505 W. Chapel Hill Street
Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____NORTH CAROLINA_____

EDWARD CARRINGTON, et al.,

### SUMMONS IN A CIVIL ACTION

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:  No. 1:08-cv-119

TO: (Name and address of Defendant)

J. Wesley Covington, Esq.
Kress Building, Mezzanine Floor
103 W. Main Street
Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_John S. Brubaker_
Clerk

_February 25, 2008_
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____NORTH CAROLINA_____

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

Robert Dean, Director
Duke University Police Department
502 Oregon Street
Durham, N.C. 27705

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

_____February 25, 2008_____
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |
|---|---|---|

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:  No. 1:08-cv-119

TO: (Name and address of Defendant)

Matthew Drummond, Director of Information Technology
Auxiliary Services – Duke Card Office
Duke University
100 West Union Building
Durham, N.C. 27708

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

**MIDDLE**      District of      **NORTH CAROLINA**

EDWARD CARRINGTON, et al.,

## SUMMONS IN A CIVIL ACTION

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:    No. 1:08-cv-119

TO: (Name and address of Defendant)

> Duke University Health Systems, Inc.
> c/o Pamela Bernard, as Registered Agent
> 2400 Pratt Street, Suite 4000
> Durham, N.C. 27710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Charles J. Cooper
> Cooper & Kirk, PLLC
> 1523 New Hampshire Avenue, NW
> Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

**MIDDLE**      District of      **NORTH CAROLINA**

EDWARD CARRINGTON, et al.,

           V.

DUKE UNIVERSITY, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

     Duke University
     c/o Pamela Bernard, as Registered Agent
     2400 Pratt Street, Suite 4000
     Durham, N.C. 27710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Charles J. Cooper
     Cooper & Kirk, PLLC
     1523 New Hampshire Avenue, NW
     Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __NORTH CAROLINA__

EDWARD CARRINGTON, et al.,

## SUMMONS IN A CIVIL ACTION

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

> Victor J. Dzau, M.D., Chancellor for Health Affairs, President/ CEO of
> Duke University Medical Center
> Duke University
> 106 Davison
> Durham, N.C. 27710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Charles J. Cooper
> Cooper & Kirk, PLLC
> 1523 New Hampshire Avenue, NW
> Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

<u>John S. Brubaker</u>
Clerk

<u>/s/ Abby McClain</u>
Deputy Clerk

<u>February 25, 2008</u>
Date

# UNITED STATES DISTRICT COURT

__MIDDLE__      District of      __NORTH CAROLINA__

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:    No. 1:08-cv-119

TO: (Name and address of Defendant)

     Mark D. Gottlieb, Sergeant
     Durham Police Department
     District 2
     1058 West Club Boulevard
     Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Charles J. Cooper
     Cooper & Kirk, PLLC
     1523 New Hampshire Avenue, NW
     Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker

Clerk

February 25, 2008

Date

/s/ Abby McClain

Deputy Clerk

# UNITED STATES DISTRICT COURT

__MIDDLE__          District of          __NORTH CAROLINA__

EDWARD CARRINGTON, et al.,

### SUMMONS IN A CIVIL ACTION

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

> Kate S. Hendricks, Deputy General Counsel
> Office of University Counsel
> Duke University
> 2400 Pratt St. Suite 400
> Durham, N.C. 27705

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Charles J. Cooper
> Cooper & Kirk, PLLC
> 1523 New Hampshire Avenue, NW
> Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |
|---|---|---|

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:  No. 1:08-cv-119

TO: (Name and address of Defendant)

> Benjamin Himan, Investigator
> *Durham Police Department*
> District 2
> 1058 West Club Boulevard
> Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Charles J. Cooper
> Cooper & Kirk, PLLC
> 1523 New Hampshire Avenue, NW
> Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker

Clerk

February 25, 2008

Date

/s/ Abby McClain

Deputy Clerk

# UNITED STATES DISTRICT COURT

| __MIDDLE__ | District of | __NORTH CAROLINA__ |

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

> Ronald Hodge, Deputy Chief of Police
> Durham Police Department
> 505 W. Chapel Hill Street
> Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Charles J. Cooper
> Cooper & Kirk, PLLC
> 1523 New Hampshire Avenue, NW
> Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

| __MIDDLE__ | District of | __NORTH CAROLINA__ |
|---|---|---|

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

> Jeff Lamb, Captain and District Commander
> *Durham Police Department*
> District 2
> 1058 West Club Boulevard
> Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Charles J. Cooper
> Cooper & Kirk, PLLC
> 1523 New Hampshire Avenue, NW
> Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____  District of _____ NORTH CAROLINA _____

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

Tara Levicy
26 South Main Street, Apt. B.
West Lebanon, N.H. 03784

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

__MIDDLE__                     District of              __NORTH CAROLINA__

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

Linwood Wilson
6910 Innesbrook Way
Bahama, N.C. 27503-9700

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker

Clerk

February 25, 2008

Date

/s/ Abby McClain

Deputy Clerk

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | NORTH CAROLINA |
|---|---|---|

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:  No. 1:08-cv-119

TO: (Name and address of Defendant)

Stephen Mihaich, Commander of Investigative Services Bureau
Durham Police Department
505 W. Chapel Hill Street
Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

John S. Brubaker

Clerk

February 25, 2008

Date

/s/ Abby McClain

Deputy Clerk

# UNITED STATES DISTRICT COURT

**MIDDLE**      District of      **NORTH CAROLINA**

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

Larry Moneta, Ed.D., Vice President
Duke University
102 Flowers Building
Durham, N.C. 27708

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____    District of    _____ NORTH CAROLINA _____

EDWARD CARRINGTON, et al.,

V.

DUKE UNIVERSITY, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    No. 1:08-cv-119

TO: (Name and address of Defendant)

Peter Lange, Ph.D.
Office of the Provost
Duke University
220 Allen Building

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

/s/ Abby McClain
Deputy Clerk

February 25, 2008
Date

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>      District of      <u>NORTH CAROLINA</u>

EDWARD CARRINGTON, et al.,

## SUMMONS IN A CIVIL ACTION

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:  No. 1:08-cv-119

TO: (Name and address of Defendant)

Michael Ripberger, Lieutenant and Assistant District Commander
Durham Police Department
District 2
1058 West Club Boulevard
Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

<u>John S. Brubaker</u>
Clerk

<u>February 25, 2008</u>
Date

<u>/s/ Abby McClain</u>
Deputy Clerk

# UNITED STATES DISTRICT COURT

__MIDDLE__      District of      __NORTH CAROLINA__

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER: No. 1:08-cv-119

TO: (Name and address of Defendant)

> Lee Russ, Executive Officer to the Chief of Police
> Durham Police Department
> 505 W. Chapel Hill Street
> Durham, N.C. 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Charles J. Cooper
> Cooper & Kirk, PLLC
> 1523 New Hampshire Avenue, NW
> Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker                                 February 25, 2008
Clerk                                                       Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

**MIDDLE**      District of      **NORTH CAROLINA**

EDWARD CARRINGTON, et al.,

## SUMMONS IN A CIVIL ACTION

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

> Tallman Trask, III, Ph.D., Executive Vice President
> Duke University
> 203 Allen Building
> Durham, N.C. 27708

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Charles J. Cooper
> Cooper & Kirk, PLLC
> 1523 New Hampshire Avenue, NW
> Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ NORTH CAROLINA _____

EDWARD CARRINGTON, et al.,

**SUMMONS IN A CIVIL ACTION**

V.

DUKE UNIVERSITY, et al.

CASE NUMBER:   No. 1:08-cv-119

TO: (Name and address of Defendant)

Suzanne Waisolek, Assistant Vice President, Student Affairs
Duke University
102 Flowers
Durham, N.C. 27708

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John S. Brubaker
Clerk

February 25, 2008
Date

/s/ Abby McClain
Deputy Clerk