**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

_____

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG, <br><br>     Plaintiffs, <br><br>     v. <br><br> DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK GOTTLIEB, BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, | No. 1:08-cv-119 |

| | |
|---|---|
| RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, AND DAVID ADDISON | ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

**NOTICE OF ATTORNEY APPEARANCE ON BEHALF OF PLAINTIFFS**

To the Clerk of this Court and to all parties and their attorneys of record:

PLEASE TAKE NOTICE that CHARLES J. COOPER hereby appears as counsel for

Plaintiffs. Service for papers should be directed to Mr. Cooper at the following address:

    Charles J. Cooper
    COOPER & KIRK, PLLC
    1523 New Hampshire Avenue, NW
    Washington, DC  20036
    Telephone:  (202) 220-9600
    Facsimile:  (202) 220-9601
    E-Mail:  ccooper@cooperkirk.com


February 28, 2008                            Respectfully submitted,

                                                        /s/ Charles J. Cooper
                                                        Charles J. Cooper
                                                        COOPER & KIRK, PLLC
                                                        1523 New Hampshire Avenue, NW
                                                        Washington, DC  20036
                                                        Telephone:  (202) 220-9600
                                                        Facsimile:  (202) 220-9601
                                                        E-Mail:  ccooper@cooperkirk.com


                                                        *Attorneys for Plaintiffs*

William J. Thomas, II (N.C. Bar # 9004)
THOMAS, FERGUSON & MULLINS, L.L.P.
119 East Main Street
Durham, NC  27701
Telephone:  (919) 682-5648
E-Mail:  thomas@tfmattorneys.com