**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

_____

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 1:08-cv-119 |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK GOTTLIEB, BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, AND DAVID ADDISON | ) ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF ATTORNEY APPEARANCE ON BEHALF OF PLAINTIFFS**

To the Clerk of this Court and to all parties and their attorneys of record:

PLEASE TAKE NOTICE that DAVID H. THOMPSON hereby appears as counsel for Plaintiffs. Service for papers should be directed to Mr. Thompson at the following address:

> David H. Thompson
> COOPER & KIRK, PLLC
> 1523 New Hampshire Avenue, NW
> Washington, DC  20036
> Telephone:  (202) 220-9600
> Facsimile:  (202) 220-9601
> E-Mail:  dthompson@cooperkirk.com

| | |
|---|---|
| February 28, 2008 | Respectfully submitted, |
| | /s/ David H. Thompson |
| | David H. Thompson |
| | COOPER & KIRK, PLLC |
| | 1523 New Hampshire Avenue, NW |
| | Washington, DC  20036 |
| | Telephone:  (202) 220-9600 |
| | Facsimile:  (202) 220-9601 |
| | E-Mail:  dthompson@cooperkirk.com |
| | |
| | *Attorneys for Plaintiffs* |

William J. Thomas, II (N.C. Bar # 9004)
THOMAS, FERGUSON & MULLINS, L.L.P.
119 East Main Street
Durham, NC  27701
Telephone:  (919) 682-5648
E-Mail:  thomas@tfmattorneys.com