# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

## No. 1:08-cv-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPENDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDUS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, and MICHAEL YOUNG,<br><br>                Plaintiffs,<br><br>    v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER | **Motion for Expedited Briefing and Review** |

| | |
|---|---|
| LANGE, LARRY MONETA, JOHN | ) |
| BURNESS, TALLMAN TRASK, | ) |
| SUZANNE WASIOLEK, MATTHEW | ) |
| DRUMMOND, AARON GRAVES, | ) |
| ROBERT DEAN, TARA LEVICY, | ) |
| THERESA ARICO, J. WESLEY | ) |
| COVINGTON, KATE HENDRICKS, | ) |
| VICTOR DZAU, CITY OF DURHAM, | ) |
| LINWOOD WILSON, MARK | ) |
| GOTTLIEB BENJAMIN HIMAN, | ) |
| PATRICK BAKER, STEVEN | ) |
| CHALMERS, RONALD HODGE, LEE | ) |
| RUSS, STEPHEN MIHAICH, BEVERLY | ) |
| COUNCIL, JEFF LAMB, MICHAEL | ) |
| RIPBERGER, and DAVID ADDISON, | ) |
| | ) |
| Defendants. | ) |

For the reasons stated in the Motion Regarding Attorney-Initiated and Attorney-Sanctioned Contact with the Media and the Memorandum in support of same, Defendants Duke University, Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor Dzau, as well as Defendants Duke University Health System, Inc., Tara Levicy and Theresa Arico (hereinafter the "Duke Defendants") respectfully request expedited briefing and review of their Motion Regarding Attorney-Initiated and Attorney-Sanctioned Contact with the Media. Specifically, the Duke Defendants request that this Court enter an Order requiring the Plaintiffs to file their response brief within five (5) days from the date of service of the Duke Defendants' Motion. The Duke Defendants further request that the Court require any reply brief to be filed within three (3) days from the date of service of the Plaintiffs' response brief.

2

Counsel for the Duke Defendants has consulted with counsel for the Plaintiffs regarding this motion and was advised that counsel for the Plaintiffs does not consent to an expedited briefing schedule for the Motion Regarding Attorney-Initiated and Attorney-Sanctioned Contact with the Media.

This 29th day of February 2008.

/s/ J. Donald Cowan, Jr.
J. DONALD COWAN, JR.
N.C. State Bar No. 0968
DIXIE T. WELLS
N.C. State Bar No. 26816
L. COOPER HARRELL
N.C. State Bar No. 27875
Smith Moore LLP
300 N. Greene Street
Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
Email: don.cowan@smithmoorelaw.com
Email: dixie.wells@smithmoorelaw.com
Email: cooper.harrell@smithmoorelaw.com

*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*

/s/ Dan J. McLamb
DAN J. MCLAMB
N.C. State Bar No. 6272
Yates, McLamb & Weyher, L.L.P.
One Bank of America Plaza
421 Fayetteville Street, Suite 1200
Raleigh, North Carolina 27601
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com

*Counsel for Defendants Duke University Health System, Inc., Tara Levicy and Theresa Arico*

# CERTIFICATE OF SERVICE

I hereby certify that on 29 February 2008, I electronically filed the foregoing Motion for Expedited Briefing and Review with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

> *Counsel for the Plaintiffs*
> William J. Thomas, II (N.C. Bar # 9004)
> 119 East Main Street
> Durham, NC 27701
> Email: thomas@tfmattorneys.com
>
> *Counsel for the Plaintiffs*
> Charles J. Cooper
> David H. Thompson
> Brian S. Doukoutchos
> Nicole Jo Moss (N.C. Bar # 31958)
> 1523 New Hampshire Avenue, NW
> Washington, DC 20036
> Phone: (202) 220-9600

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendants. Based on information and belief, the following Defendants are represented by counsel as indicated below and are being served by email:

> *Counsel for Benjamin W. Himan*
> Joel Miller Craig
> 4011 University Drive, Suite 300
> Durham, North Carolina 27717-1579
> Email: jcraig@kennoncraver.com
> Phone: (919) 490-0500

*Counsel for David W. Addison*
    James B. Maxwell
    Maxwell, Freeman & Bowman, P.A.
    P.O. Box 52396
    Durham, NC 27717
    Phone: (919) 493-6464
    Email:  jmaxwell@mfbpa.com

*Counsel for Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Lee Russ, and Patrick Baker*
    Patricia P. Kerner
    Troutman Sanders, LLP
    P.O. Drawer 1389
    Raleigh, NC 27602-1389
    Phone: (919) 835-4117
    Fax: 919-829-8714
    Email: tricia.kerner@troutmansanders.com

*Counsel for City of Durham*
    Reginald B. Gillespie, Jr.
    Faison & Gillespie
    P.O. Box 5517
    Durham, NC 27717
    919-489-9001
    Fax: 919-489-5774
    Email: rgillespie@faison-gillespie.com

*Counsel for Mark D. Gottlieb*
    Edwin M. Speas, Jr., Esq.
    N.C. Bar No. 4112
    P.O. Box 10096
    Raleigh, North Carolina 27605-0096
    Phone: (919) 783-6400
    Fax:     (919) 783-1075
    Email:  espeas@poynerspruill.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

>Linwood Wilson
>6910 Innesbrook Way
>Bahama, NC 27503-9700
>
>J. Wesley Covington
>Bryant, Patterson, Covington, Lewis, & Lindsley, P.A.
>103 W. Main Street
>Durham, NC 27702

This 29th day of February 2008.

>/s/ J. Donald Cowan, Jr.
>J. DONALD COWAN, JR.
>N.C. State Bar No. 0968
>Smith Moore LLP
>300 N. Greene Street
>Suite 1400
>Greensboro, NC 27401
>Telephone: (336) 378-5200
>Facsimile: (336) 378-5400
>Email: don.cowan@smithmoorelaw.com
>
>*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*