# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

### No. 1:08-cv-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPENDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDUS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, and MICHAEL YOUNG, | |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER | |

| | |
|---|---|
| LANGE, LARRY MONETA, JOHN | ) |
| BURNESS, TALLMAN TRASK, | ) |
| SUZANNE WASIOLEK, MATTHEW | ) |
| DRUMMOND, AARON GRAVES, | ) |
| ROBERT DEAN, TARA LEVICY, | ) |
| THERESA ARICO, J. WESLEY | ) |
| COVINGTON, KATE HENDRICKS, | ) |
| VICTOR DZAU, CITY OF DURHAM, | ) |
| LINWOOD WILSON, MARK | ) |
| GOTTLIEB, BENJAMIN HIMAN, | ) |
| PATRICK BAKER, STEVEN | ) |
| CHALMERS, RONALD HODGE, LEE | ) |
| RUSS, STEPHEN MIHAICH, BEVERLY | ) |
| COUNCIL, JEFF LAMB, MICHAEL | ) |
| RIPBERGER, and DAVID ADDISON, | ) |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE of the appearance of L. Cooper Harrell, of Smith Moore LLP, as counsel of record for the following defendants in the above-captioned civil action: Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau. The undersigned counsel certifies that he is admitted to practice before this Court.

This 29th day of February 2008.

/s/ L. Cooper Harrell
L. COOPER HARRELL
N.C. State Bar No. 27875
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5200
Facsimile: (336) 433-7400
Email: cooper.harrell@smithmoorelaw.com

*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*

# CERTIFICATE OF SERVICE

I hereby certify that on 29 February 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

>*Counsel for the Plaintiffs*
>William J. Thomas, II (N.C. Bar # 9004)
>119 East Main Street
>Durham, NC 27701
>Email: thomas@tfmattorneys.com

>*Counsel for the Plaintiffs*
>Charles J. Cooper
>David H. Thompson
>Brian S. Doukoutchos
>Nicole Jo Moss (N.C. Bar # 31958)
>1523 New Hampshire Avenue, NW
>Washington, DC 20036
>Phone: (202) 220-9600

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendants. Based on information and belief, the following Defendants are represented by counsel as indicated below and are being served by email:

>*Counsel for Defendants Duke University Health System, Inc., Tara Levicy and Theresa Arico*
>Dan McLamb
>N.C. State Bar No. 6272
>Yates, McLamb & Weyher, L.L.P.
>One Bank of America Plaza
>421 Fayetteville Street, Suite 1200
>Raleigh, North Carolina 27601
>Telephone: (919) 835-0900
>Facsimile: (919) 835-0910
>Email: dmclamb@ymwlaw.com

*Counsel for Defendant Benjamin W. Himan*
    Joel Miller Craig
    4011 University Drive, Suite 300
    Durham, North Carolina 27717-1579
    Email: jcraig@kennoncraver.com
    Phone: (919) 490-0500

*Counsel for Defendant David W. Addison*
    James B. Maxwell
    Maxwell, Freeman & Bowman, P.A.
    P.O. Box 52396
    Durham, NC 27717
    Phone: (919) 493-6464
    Email: jmaxwell@mfbpa.com

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Lee Russ, and Patrick Baker*
    Patricia P. Kerner
    Troutman Sanders, LLP
    P.O. Drawer 1389
    Raleigh, NC 27602-1389
    Phone: (919) 835-4117
    Fax: 919-829-8714
    Email: tricia.kerner@troutmansanders.com

*Counsel for Defendant City of Durham*
    Reginald B. Gillespie, Jr.
    Faison & Gillespie
    P.O. Box 51729
    Durham, NC 27717
    919-489-9001
    Fax: 919-489-5774
    Email: rgillespie@faison-gillespie.com

*Counsel for Defendant Mark D. Gottlieb*
Edwin M. Speas, Jr., Esq.
N.C. Bar No. 4112
P.O. Box 10096
Raleigh, North Carolina 27605-0096
Phone: (919) 783-6400
Fax:    (919) 783-1075
Email: espeas@poynerspruill.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

J. Wesley Covington
Bryant, Patterson, Covington, Lewis, & Lindsley, P.A.
103 W. Main Street
Durham, NC 27702

This 29th day of February 2008.

/s/ L. Cooper Harrell
L. COOPER HARRELL

*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*