# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Edward Carrington, et. al.
    v.                                         Case Number:   1:08cv119
Duke University, et. al.

# NOTICE

Take notice that a proceeding in this case has been **set** as indicated below:

        **PLACE:**       **Hiram H. Ward Bldg., 251 N. Main Street, Winston-Salem, NC**
**COURTROOM NO.:**    **1**
**DATE AND TIME:**    **March 20, 2008 - 2:00 p.m.**
    **PROCEEDING:**    **Hearing on Motion Regarding Attorney-Initiated and**
                              **Attorney-Sanctioned contact with the Media**

_____

John S. Brubaker, Clerk

By: <u>/s/ Gloria L. Powell</u>, Deputy Clerk


 Date:    February 29, 2008


TO:    ALL COUNSEL OF RECORD