UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER 1:08-CV-119

EDWARD CARRINGTON, CASEY J. CARROLL,
MICHAEL P. CATALINO, GALE CATALINO,
THOMAS V. CLUTE, KEVIN COLEMAN,
JOSHUA R. COVELESKI, EDWARD J. CROTTY,
EDWARD S. DOUGLAS, KYLE DOWD,
PATRICIA DOWD, DANIEL FLANNERY,
RICHARD GIBBS FOGARTY, ZACHARY
GREER, IRENE GREER, ERIK S. HENKELMAN,
STEVEN W. HENKELMAN, JOHN E. JENNISON,
BEN KOESTERER, MARK KOESTERER, JOYCE
KOESTERER, FRED KROM, PETER J. LAMADE,
ADAM LANGLEY, CHRISTOPHER LOFTUS,
DANIEL LOFTUS, BARBARA LOFTUS,
ANTHONY MCDEVITT, GLENN NICK,
NICHOLAS O'HARA, LYNNDA O'HARA,
DANIEL OPPEDISANO, SAM PAYTON, JOHN
BRADLEY ROSS, KENNETH SAUER, III, STEVE
SCHOEFFEL, ROBERT SCHROEDER, DEVON
SHERWOOD, DANIEL THEODORIDIS, BRET
THOMPSON, CHRISTOPHER TKAC, TRACY
TKAC, JOHN WALSH, JR., MICHAEL WARD,
ROBERT H. WELLINGTON, IV, WILLIAM
WOLCOTT, MICHAEL YOUNG,

                   Plaintiffs,

      v.

DUKE UNIVERSITY, DUKE UNIVERSITY
HEALTH SYSTEM, INC., RICHARD
BRODHEAD, PETER LANGE, LARRY MONETA,
JOHN BURNESS, TALLMAN TRASK, SUZANNE
WASIOLEK, MATTHEW DRUMMOND, AARON
GRAVES, ROBERT DEAN, TARA LEVICY,
THERESA ARICO, J. WESLEY COVINGTON,
KATE HENDRICKS, VICTOR DZAU, CITY OF
DURHAM, LINWOOD WILSON, MARK

NOTICE OF SPECIAL
APPEARANCE

Dockets.Justia.com

GOTTLIEB, BENJAMIN HIMAN, PATRICK
BAKER, STEVEN CHALMERS, RONALD
HODGE, LEE RUSS, STEPHEN MIHAICH,
BEVERLY COUNCIL, JEFF LAMB, MICHAEL
RIPBERGER, AND DAVID ADDISON

Defendants.

Pursuant to Local Rule 83.1, please take notice of the special appearance of Jamie

Gorelick, of Wilmer Cutler Pickering Hale and Dorr LLP, as counsel of record for the

following defendants in the above-captioned civil action: Duke University.

Ms. Gorelick certifies that she is an active member in good standing of the bars of

the District of Columbia; the State of New York; the United States Supreme Court; the

United States Courts of Appeals for the District of Columbia, the Second Circuit, the

Third Circuit, the Fourth Circuit, the Fifth Circuit, and the Federal Circuit; the United

States District Courts for the District of Columbia and the District of Maryland, as well as

other courts. Ms. Gorelick further certifies that she understands that by entering an

appearance she is responsible for ensuring the presence of an attorney who is familiar

with the case and has authority to control the litigation at all conferences, hearings, trials

and other proceedings. Ms. Gorelick still further certifies that she submits to the

disciplinary jurisdiction of the court for any misconduct in connection with the above-

captioned civil action for which she is specially appearing.

Mr. Cowan and Ms. Wells certify that they remain responsible to this court for the

conduct of the litigation and acknowledge that one of them must sign all pleadings and

papers, except for certificates of service. Mr. Cowan and Ms. Wells further certify that

2

one of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

This 29th day of February 2008.

Jamie Gorelick
District of Columbia Bar No. 101370
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: Jamie.gorelick@wilmerhale.com


/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5382
Facsimile: (336) 433-7485
Email: don.cowan@smithmoorelaw.com


/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5289
Facsimile: (336) 433-7461
Email: dixie.wells@smithmoorelaw.com

Attorneys for Defendant Duke University

US1DOCS 6575149v1

## CERTIFICATE OF SERVICE

I hereby certify that on 29 February 2008, I electronically filed the foregoing

Notice of Appearance with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to the following:

> *Counsel for the Plaintiffs*
> William J. Thomas, II
> Email: thomas@tfmattorneys.com
>
> Charles J. Cooper
> Email: ccooper@cooperkirk.com
>
> David H. Thompson
> dthompson@cooperkirk.com
>
> *Counsel for Defendants Duke University, Duke University Health*
> *Systems, Inc., Richard Brodhead, Peter Lange, Larry Moneta, John*
> *Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond,*
> *Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate*
> *Hendricks, and Victor Dzau*
> James Donald Cowan, Jr.
> Email: don.cowan@smithmoorelaw.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the

following Defendants. I hereby certify that I served the following Defendants by U.S.

Mail:

City of Durham
c/o Patrick Baker, City Manager
101 City Hall Plaza
Durham, NC 27701

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Mark Gottlieb
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Michael Ripberger
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Patrick Baker
101 City Hall Plaza
Durham, NC 27701

Ronald Hodge
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Lee Russ
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Stephen Mihaich
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Beverly Council
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Jeff Lamb
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

David Addison
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

J. Wesley Covington
Kress Building, Mezzanine Floor
103 W. Main St.
Durham, NC 27701

Benjamin Himan
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

As of the date of this filing, no attorney has made an appearance on behalf of any of the

following Defendants, and I have not been able to determine an address whereby service

may be had on them:

Steven Chalmers

This 29th day of February 2008.

5

/s/Jamie Gorelick
Jamie Gorelick

Attorney for Duke University

US1DOCS 6575149v1