UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG, <br><br> Plaintiffs, <br><br> v. <br><br> DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK | NOTICE OF SPECIAL APPEARANCE |

US1DOCS 6575154v1

GOTTLIEB, BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, AND DAVID ADDISON

Defendants.

Pursuant to Local Rule 83.1, please take notice of the special appearance of Paul R. Q. Wolfson, of Wilmer Cutler Pickering Hale and Dorr LLP, as counsel of record for the following defendants in the above-captioned civil action: Duke University.

Mr. Wolfson certifies that he is an active member in good standing of the bars of the District of Columbia, the United States Supreme Court, the United States Court of Appeals for the District of Columbia, the United States Court of Appeals for the Federal Circuit, the United States Court of Military Appeals, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the District of Columbia, and the United States District Court for the Eastern District of Michigan. Mr. Wolfson further certifies that he understands that by entering an appearance he is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings. Mr. Wolfson still further certifies that he submits to the disciplinary

2

US1DOCS 6575154v1

jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Mr. Cowan and Ms. Wells certify that they remain responsible to this court for the conduct of the litigation and acknowledge that one of them must sign all pleadings and papers, except for certificates of service. Mr. Cowan and Ms. Wells further certify that one of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

This 29th day of February 2008.

_____
Paul R. Q. Wolfson
District of Columbia Bar No.: 414759
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6390
Facsimile: (202) 663-6363
Email: paul.wolfson@wilmerhale.com


/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5382
Facsimile: (336) 433-7485
Email: don.cowan@smithmoorelaw.com

US1DOCS 6566036v1

# CERTIFICATE OF SERVICE

I hereby certify that on 29 February 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for the Plaintiffs*
William J. Thomas, II
Email: thomas@tfmattorneys.com

Charles J. Cooper
Email: ccooper@cooperkirk.com

David H. Thompson
dthompson@cooperkirk.com

*Counsel for Defendants Duke University, Duke University Health Systems, Inc., Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, and Victor Dzau*
James Donald Cowan, Jr.
Email: don.cowan@smithmoorelaw.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

City of Durham
c/o Patrick Baker, City Manager
101 City Hall Plaza
Durham, NC 27701

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Mark Gottlieb  
Durham Police Department  
District 2  
1058 West Club Boulevard  
Durham, NC 27701  

Patrick Baker  
101 City Hall Plaza  
Durham, NC 27701  

Lee Russ  
Durham Police Department  
505 W. Chapel Hill Street  
Durham, NC 27701  

Beverly Council  
Durham Police Department  
505 W. Chapel Hill Street  
Durham, NC 27701  

David Addison  
Durham Police Department  
505 W. Chapel Hill Street  
Durham, NC 27701  

Benjamin Himan  
Durham Police Department  
District 2  
1058 West Club Boulevard  
Durham, NC 27701  

Michael Ripberger  
Durham Police Department  
District 2  
1058 West Club Boulevard  
Durham, NC 27701  

Ronald Hodge  
Durham Police Department  
505 W. Chapel Hill Street  
Durham, NC 27701  

Stephen Mihaich  
Durham Police Department  
505 W. Chapel Hill Street  
Durham, NC 27701  

Jeff Lamb  
Durham Police Department  
District 2  
1058 West Club Boulevard  
Durham, NC 27701  

J. Wesley Covington  
Kress Building, Mezzanine Floor  
103 W. Main St.  
Durham, NC 27701  

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants, and I have not been able to determine an address whereby service may be had on them:

Steven Chalmers

This 29th day of February 2008.

/s/ Paul R.Q. Wolfson

Attorney for Duke University

US1DOCS 6575154v1