UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG, | |
| Plaintiffs, | NOTICE OF SPECIAL APPEARANCE |
| v. | |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK | |

GOTTLIEB, BENJAMIN HIMAN, PATRICK
BAKER, STEVEN CHALMERS, RONALD
HODGE, LEE RUSS, STEPHEN MIHAICH,
BEVERLY COUNCIL, JEFF LAMB, MICHAEL
RIPBERGER, AND DAVID ADDISON

Defendants.

Pursuant to Local Rule 83.1, please take notice of the special appearance of Jennifer M. O'Connor, of Wilmer Cutler Pickering Hale and Dorr LLP, as counsel of record for the following defendants in the above-captioned civil action: Duke University.

Ms. O'Connor certifies that she is an active member in good standing of the bars of the District of Columbia, the State of New York, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Federal Claims, the United States District Court for the District of Columbia, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. Ms. O'Connor further certifies that she understands that by entering an appearance she is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings. Ms. O'Connor still further certifies that she submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Mr. Cowan and Ms. Wells certify that they remain responsible to this court for the conduct of the litigation and acknowledge that one of them must sign all pleadings and papers, except for certificates of service. Mr. Cowan and Ms. Wells further certify that one of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

This 29 day of February 2008.

Jennifer M. O'Connor
State Bar Number: District of Columbia 460352
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202)663-6110
Facsimile: (202)663-6363
Email: jennifer.oconnor@wilmerhale.com

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5382
Facsimile: (336) 433-7485
Email: don.cowan@smithmoorelaw.com

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5289
Facsimile: (336) 433-7461
Email: dixie.wells@smithmoorelaw.com

Attorneys for Defendant Duke University

US1DOCS 6575143v1

# CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I hereby certify that on 29 February 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>*Counsel for the Plaintiffs*
>William J. Thomas, II
>Email: thomas@tfmattorneys.com
>
>Charles J. Cooper
>Email: ccooper@cooperkirk.com
>
>David H. Thompson
>dthompson@cooperkirk.com
>
>*Counsel for Defendants Duke University, Duke University Health Systems, Inc., Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, and Victor Dzau*
>James Donald Cowan, Jr.
>Email: don.cowan@smithmoorelaw.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

City of Durham
c/o Patrick Baker, City Manager
101 City Hall Plaza
Durham, NC 27701

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

Mark Gottlieb
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Patrick Baker
101 City Hall Plaza
Durham, NC 27701

Lee Russ
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Beverly Council
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

J. Wesley Covington
Kress Building, Mezzanine Floor
103 W. Main St.
Durham, NC 27701

Benjamin Himan
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Michael Ripberger
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

Ronald Hodge
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Stephen Mihaich
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

Jeff Lamb
Durham Police Department
District 2
1058 West Club Boulevard
Durham, NC 27701

David Addison
Durham Police Department
505 W. Chapel Hill Street
Durham, NC 27701

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants, and I have not been able to determine an address whereby service may be had on them:

Steven Chalmers

This 29th day of February 2008.

/s/ Jennifer M. O'Connor
Jennifer M. O'Connor

Attorney for Duke University