UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:08-CV-00119

| | |
|---|---|
| EDWARD CARRINGTON, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| DUKE UNIVERSITY, et al., | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Reginald B. Gillespie, Jr., of the law firm Faison & Gillespie, hereby gives notice of and enters his appearance in the above-captioned action on behalf of Defendant the City of Durham, North Carolina. The undersigned respectfully requests that his name be added to the CM/ECF system with respect to this action, and that copies of all motions, pleadings, affidavits, notices, orders, and other documents/papers filed or served in this action be transmitted to him.

This the 29th day of February, 2008.

FAISON & GILLESPIE

By: /s/ Reginald B. Gillespie, Jr.
Reginald B. Gillespie, Jr.
North Carolina State Bar No. 10895

Attorneys for Defendant the City of Durham,
  North Carolina
Post Office Box 51729 [27717-1729]
5517 Chapel Hill Boulevard, Suite 2000
Durham, North Carolina  27707
Telephone:  (919) 489-9001
Fax: (919) 489-5774
E-Mail: rgillespie@faison-gillespie.com

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, pursuant to Rule 5 of the Federal Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, the foregoing pleading, motion, affidavit, notice, or other document/paper has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record, to each of whom the NEF will be transmitted, except that, with respect to the following parties, a copy is being transmitted via first class mail to the address listed below:

Mr. Dan J. McLamb
Yates, McLamb & Weyher, L.L.P.
One Bank of America Plaza
421 Fayetteville Street, Suite 1200
Raleigh, North Carolina 27601

*Counsel for Defendants Duke University Health System, Inc., Tara Levicy, and Theresa Arico*

Mr. Linwood Wilson
*Pro Se*
[Home Address redacted per LR 7.1(b), MDNC and ECF P&P Manual, part J]

and

Mr. Linwood Wilson
*Pro Se*
c/o 120 East Parrish Street, Suite 210
Post Office Box 2301
Durham, North Carolina 27702

Mr. J. Wesley Covington
Bryant, Patterson, Covington, Lewis & Lindsley, P.A.
Post Office Box 341
Durham, North Carolina 27702

Mr. Edwin M. Speas
Poyner & Spruill LLP
3600 Glenwood Avenue
Raleigh, North Carolina 27612

*Counsel for Defendant Mark Gottlieb*

CERTIFICATE OF ELECTRONIC FILING AND SERVICE CONTINUED ON NEXT PAGE

Mr. Joel M. Craig
Kennon, Craver, Belo, Craig & Mckee, PLLC
4011 University Drive, Suite 300
Post Office Box 51579
Durham, North Carolina  27717-1579

*Counsel for Defendant Benjamin Himan*

Ms. Patricia P. Kerner
Troutman Sanders LLP
434 Fayetteville Street Mall
Two Hannover Square, Suite 1100
Raleigh, North Carolina  27601

*Counsel for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, and Michael Ripberger*

Mr. James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
Post Office Box 52396
Durham, North Carolina  27717

*Counsel for Defendant David Addison*

This the 29th day of February, 2008.

                        FAISON & GILLESPIE

                        By: /s/ Reginald B. Gillespie, Jr.
                           Reginald B. Gillespie, Jr.
                           North Carolina State Bar No. 10895

                           Attorneys for Defendant the City of Durham, North Carolina
                        Post Office Box 51729 [27717-1729]
                        5517 Chapel Hill Boulevard, Suite 2000
                        Durham, North Carolina  27707
                        Telephone:  (919) 489-9001
                        Fax: (919) 489-5774
                        E-Mail: rgillespie@faison-gillespie.com

RBGjr:ms
8838-34\P\001 NOA