IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:08 CV 119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG,<br><br>   Plaintiffs,<br><br>vs.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEM INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, | **NOTICE OF APPEARANCE** |

| | |
|---|---|
| MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK GOTTLIEB, BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, AND DAVID, ADDISON,   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

PLEASE TAKE NOTICE of the appearance of Dan J. McLamb, of the firm of Yates, McLamb & Weyher, L.L.P., as counsel of record for Duke University Health Systems, Inc., Theresa Arico, and Tara Levicy, in the above-captioned action. The undersigned counsel certifies that he is admitted to practice before this Court. These Defendants hereby preserve all defenses, including defenses based on jurisdiction, venue, and service of process.

This the 3rd of March, 2008.

By: /s/ Dan J. McLamb
Dan J. McLamb
N.C. State Bar: 6272
YATES, McLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, NC 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com

Attorney for Defendants Duke University
Health Systems, Inc., Theresa Arico, R.N., and
Tara Levicy, R.N.,

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and served the following participants via the CM/ECF system:

*Counsel for the Plaintiffs*
William J. Thomas, II (N.C. Bar # 9004)
119 East Main Street
Durham, NC 27701
Email: thomas@tfmattorneys.com

*Counsel for the Plaintiffs*
Charles J. Cooper
David H. Thompson
1523 New Hampshire Avenue, NW
Washington, DC 20036
Phone: (202) 220-9600
Email: ccooper@cooperkirk.com
dthompson@cooperkirk.com

*Counsel for Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*

J. Donald Cowan, Jr.
Dixie T. Wells
Leslie Cooper Harrell
Smith Moore, L.L.P.
Email: don.cowan@smithmoorelaw.com
dixie.wells@smithmoorelaw.com
cooper.harrell@smithmoorelaw.com

Jamie S. Gorelick,
Jennifer M. O'Connor
Paul R. Q Wolfson
Wilmer Cutler Pickering Hale and Door, LLP
Email: jamie.gorelick@wilmerhale.com
jennifer.oconnor@wilmerhale.com
Paul.Wolfson@wilmerhale.com

William F. Lee

  Wilmer Cutler Pickering Hale and Dorr, LLP
  Email: william.lee@wilmerhale.com

*Counsel for City of Durham*
  Reginald B. Gillespie
  Faison & Gillespie
  rgillespie@faison-gillespie.com

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendants. Based on information and belief, the following Defendants are represented by counsel as indicated below and are being served by email:

*Counsel for Defendant Benjamin W. Himan*
  Joel Miller Craig
  4011 University Drive, Suite 300
  Durham, North Carolina 27717-1579
  Phone: (919) 490-0500
  Email: jcraig@kennoncraver.com

*Counsel for Defendant David W. Addison*
  James B. Maxwell
  Maxwell, Freeman & Bowman, P.A.
  P.O. Box 52396
  Durham, NC 27717
  Phone: (919) 493-6464
  Email: jmaxwell@mfbpa.com

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Lee Russ, and Patrick Baker*
  Patricia P. Kerner
  Troutman Sanders, LLP
  P.O. Drawer 1389
  Raleigh, NC 27602-1389
  Phone: (919) 835-4117
  Fax: 919-829-8714
  Email: tricia.kerner@troutmansanders.com

*Counsel for Defendant Mark D. Gottlieb*
  Edwin M. Speas, Jr.
  P.O. Box 10096

Raleigh, North Carolina 27605-0096
Phone: (919) 783-6400
Fax: (919) 783-1075
Email: espeas@poynerspruill.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I have depositing a copy of the same in the United States Mail postage prepaid and addressed to the following non-CM/ECF participants.

    Linwood Wilson
    6910 Innesbrook Way
    Bahama, NC 27503-9700

    J. Wesley Covington
    Bryant, Patterson, Covington, Lewis, & Lindsley, P.A.
    103 W. Main Street
    Durham, NC 27702

This the 3rd day of March, 2008

                By:   /s/ Dan J. McLamb
                      Dan J. McLamb
                      N.C. State Bar: 6272
                      YATES, McLAMB & WEYHER, L.L.P.
                      Post Office Box 2889
                      Raleigh, NC 27602
                      Telephone: (919) 835-0900
                      Facsimile: (919) 835-0910
                      Email: dmclamb@ymwlaw.com

                      Attorney for Defendants Duke University
                      Health Systems, Inc., Theresa Arico, R.N., and
                      Tara Levicy, R.N.,