IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:08-cv-119

| | | |
|---|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGERTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMANN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARRA, DANIEL OPPENDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEOGORIDUS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, and MICHAEL YOUNG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | NOTICE OF APPEARANCE |
| vs. | ) ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, | ) ) ) ) ) ) ) ) | |

1

| THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK GOTTLIEB, BENJAMIN HIMANNNN, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, and DAVID ADDISON, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
|---|---|

NOW COMES, James B. Maxwell, of the law firm Maxwell, Freeman & Bowman, P.A., and hereby gives notice of appearance on behalf of the defendant, David Addison in the above-captioned action. Copies of all correspondence and pleadings should be mailed to the undersigned at the address below or by electronic filing notification.

This the 5th day of March, 2008.

/S/ James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P. O. Box 52396
Durham, NC 27717-2396
Telephone: 919-493-6464
Facsimile: 919-493-1218
State Bar No.: 2933
*Attorneys for David Addison*

## Certificate of Service

I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the below listed individuals by electronically filing the document with the Clerk of Court on this date using the CM/ECF system which will send notification of such filing to the following counsel:

> William J. Thomas, II
> 119 East Main St.
> Durham, NC 27701
> *Counsel for Plaintiffs*
>
> Charles J. Cooper
> David H. Thompson
> Brian S. Doukoutchos
> Nicole Jo Moss
> 1523 New Hampshire Ave., NW
> Washington, DC 20036
> *Counsel for Plaintiffs*
>
> J. Donald Cowan, Jr.
> Dixie Thomas Wells
> Leslie Cooper Harrell
> Smith Moore, L.L.P.
> P. O. Box 21927
> Greensboro, NC 27420
> *Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*
>
> Jamie S. Gorelick
> Jennifer M. O'Connor
> Paul R. Q. Wolfson
> William F. Lee
> Wilmer Cutler Pickering
> Hale and Dorr, L.L.P.
> 1875 Pennsylvania Ave., NW
> Washington, DC 20006
> *Counsel for Defendant Duke University*

Dan J. McLamb
Yates, McLamb & Weyher, L.L.P.
P. O. Box 2889
Raleigh, NC 27602-2889
*Counsel for Defendants Duke University Health System, Inc., Tara Levicy and Theresa Arico*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P. O. Box 5517
Durham, NC 27717
*Counsel for Defendant City of Durham*

This the 5th day of March, 2008.

/S/James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
Attorneys for David Addison
P. O. Box 52396
Durham, NC 27717-2396
(919) 493-6464
State Bar No.: 2933