UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG, | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| vs. | |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, MATTHEW | |

KCBCM: 244654.1

DRUMMOND, AARON GRAVES, ROBERT )
DEAN, TARA LEVICY, THERESA ARICO, )
J. WESLEY COVINGTON, KATE HENDRICKS, )
VICTOR DZAU, CITY OF DURHAM, )
LINWOOD WILSON, MARK GOTTLIEB, )
BENJAMIN HIMAN, PATRICK BAKER, )
STEVEN CHALMERS, RONALD HODGE, )
LEE RUSS, STEPHEN MIHAICH, BEVERLY )
COUNCIL, JEFF LAMB, MICHAEL )
RIPBERGER and DAVID ADDISON. )
                    Defendants. )
_____

    Pursuant to Local Rule LR83.1(c), the undersigned gives notice of appearance as attorney of record for the Defendant Benjamin Himan.

    This the 5th day of March, 2008.

                                     KENNON, CRAVER, BELO,
                                     CRAIG & MCKEE, PLLC

                      By:    */s/ Joel M. Craig*

                                   North Carolina State Bar No. 9179
                                   Attorney for Defendant Benjamin Himan
                                   4011 University Drive, Suite 300
                                   P.O. Box 51579
                                   Durham, NC 27717-1579
                                   (919) 490-0500
                                   jcraig@kennoncraver.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles J. Cooper
David H. Thompson
Brian S. Koukoutchos
Nicole Jo Moss
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

William J. Thomas, II
Thomas, Ferguson & Mullins, L.L.P.
119 East Main Street
Durham, NC 27701
*Attorneys for Plaintiffs*

Dan J. McLamb
Yates, McLamb & Weyher, L.L.P.
P.O. Box 2889
Raleigh, NC 27602
*Attorneys for Defendants Duke University Health System, Inc., Theresa Arico, R.N. and Tara Levicy, R.N.*

J. Donald Cowan, Jr.
Dixie T. Wells
L. Cooper Harrell
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

KCBCM: 244654.1

Jamie Gorelick
Jennifer M. O'Connor
Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Attorneys for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks and Victor J. Dzau*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717-1729
*Attorneys for Defendant City of Durham, North Carolina*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Attorneys for Defendant David Addison*

This the 5th day of March, 2008.

                          KENNON, CRAVER, BELO,
                          CRAIG & MCKEE, PLLC

By:   */s/ Joel M. Craig*

      North Carolina State Bar No. 9179
      Attorneys for Defendant Benjamin Himan
      4011 University Drive, Suite 300
      P.O. Box 51579
      Durham, NC 27717-1579
      (919) 490-0500
      jcraig@kennoncraver.com