UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG,<br><br>                Plaintiffs,<br><br>   v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK | NOTICE OF SPECIAL APPEARANCES OF WILLIAM F. LEE, JAMIE GORELICK, PAUL R.Q. WOLFSON, AND JENNIFER M. O'CONNOR |

GOTTLIEB, BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, AND DAVID ADDISON

Defendants.

## NOTICE OF SPECIAL APPEARANCES OF WILLIAM F. LEE, JAMIE GORELICK, PAUL R.Q. WOLFSON, AND JENNIFER M. O'CONNOR

Pursuant to Local Rule 83.1, please take notice of the special appearances of William F. Lee, Jamie Gorelick, Paul R.Q. Wolfson, and Jennifer M. O'Connor, of Wilmer Cutler Pickering Hale and Dorr LLP, as counsel of record for Defendants Duke University Health System, Inc., Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, and Victor Dzau in the above-captioned civil action.

Mr. Lee certifies that he is an active member in good standing of the bars of the State of Massachusetts, the United States Supreme Court, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Seventh Circuit, the United States District Court for the District of Massachusetts, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of Wisconsin, and the United States District Court for the Northern District of California.. Mr. Lee further certifies that he understands that by entering an appearance he is responsible for ensuring the presence

of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings. Mr. Lee still further certifies that he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Ms. Gorelick certifies that she is an active member in good standing of the bars of the District of Columbia; the State of New York; the United States Supreme Court; the United States Courts of Appeals for the District of Columbia, the Second Circuit, the Third Circuit, the Fourth Circuit, the Fifth Circuit, and the Federal Circuit; the United States District Courts for the District of Columbia and the District of Maryland, as well as other courts. Ms. Gorelick further certifies that she understands that by entering an appearance she is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings. Ms. Gorelick still further certifies that she submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing.

Mr. Wolfson certifies that he is an active member in good standing of the bars of the District of Columbia, the United States Supreme Court, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Federal Circuit, the United States Court of Military Appeals, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of

3

Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the District of Columbia, and the United States District Court for the Eastern District of Michigan. Mr. Wolfson further certifies that he understands that by entering an appearance he is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings. Mr. Wolfson still further certifies that he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Ms. O'Connor certifies that she is an active member in good standing of the bars of the District of Columbia, the State of New York, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Federal Claims, the United States District Court for the District of Columbia, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. Ms. O'Connor further certifies that she understands that by entering an appearance she is responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings. Ms. O'Connor still further certifies that she

US1DOCS 6579836v4

submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing.

As to Defendants Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor Dzau, Mr. Cowan, Ms. Wells, and Mr. Harrell certify that they remain responsible to this court for the conduct of the litigation and acknowledge that one of them must sign all pleadings and papers, except for certificates of service. Mr. Cowan, Ms. Wells, and Mr. Harrell further certify that one of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

As to Defendants Duke University Health System, Inc., Tara Levicy, and Theresa Arico, Mr. McLamb certifies that he remains responsible to this court for the conduct of the litigation and acknowledge that one of them must sign all pleadings and papers, except for certificates of service. Mr. McLamb further certifies that he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

This 6th day of March 2008.

/s/ William F. Lee
William F. Lee
Massachusetts Bar Number: 291960
WILMERHALE LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6556
Facsimile: (617) 526-5000
Email: william.lee@wilmerhale.com

/s/ Jamie Gorelick
Jamie Gorelick
District of Columbia Bar No. 101370
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: Jamie.gorelick@wilmerhale.com

/s/ Paul R. Q. Wolfson
Paul R. Q. Wolfson
District of Columbia Bar No. 414759
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6390
Facsimile: (202) 663-6363
Email: paul.wolfson@wilmerhale.com

/s/ Jennifer M/ O'Connor
Jennifer M. O'Connor
District of Columbia Bar No. 460352
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202)663-6110
Facsimile: (202)663-6363
Email: jennifer.oconnor@wilmerhale.com

Attorneys for Defendants Duke University Health System, Inc., Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, and Victor Dzau

6

US1DOCS 6579836v4

/s/ J. Donald Cowan, Jr.
J. DONALD COWAN, JR.
N.C. State Bar No. 0968
DIXIE T. WELLS
N.C. State Bar No. 26816
L. COOPER HARRELL
N.C. State Bar No. 27875
SMITH MOORE LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5382
Facsimile: (336) 433-7485
Email: don.cowan@smithmoorelaw.com
Email: dixie.wells@smithmoorelaw.com
Email: cooper.harrell@smithmoorelaw.com

Attorneys for Defendants Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor Dzau

/s/ Dan J. McLamb
Dan J. McLamb
N.C. State Bar No. 6272
YATES, McLAMB & WEYHER, L.L.P.
P.O. Box 2889
Raleigh, NC 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com

Attorney for Defendants Duke University Health System, Inc., Tara Levicy, and Theresa Arico

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for the Plaintiffs*
William J. Thomas, II
Email: thomas@tfmattorneys.com

Charles J. Cooper
Email: ccooper@cooperkirk.com

David H. Thompson
Email: dthompson@cooperkirk.com

*Counsel for City of Durham*
Reginald B. Gillespie
Email: rgillespie@faison-gillespie.com

*Counsel for Benjamin Himan*
Joel Miller Craig
Email: jcraig@kennoncraver.com

*Counsel for David Addison*
James B. Maxwell
Email: jmaxwell@mfbpa.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

| | |
|---|---|
| Mark D. Gottlieb<br>2328 Pastille Lane<br>Raleigh, NC 27612-2830 | Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700 |

US1DOCS 6579836v4

| | |
|---|---|
| Patrick Baker<br>101 City Hall Plaza<br>Durham, NC 27701 | Michael Ripberger<br>Durham Police Department<br>District 2<br>1058 West Club Boulevard<br>Durham, NC 27701 |
| Lee Russ<br>Durham Police Department<br>505 W. Chapel Hill Street<br>Durham, NC 27701 | Ronald Hodge<br>Durham Police Department<br>505 W. Chapel Hill Street<br>Durham, NC 27701 |
| Beverly Council<br>Durham Police Department<br>505 W. Chapel Hill Street<br>Durham, NC 27701 | Stephen Mihaich<br>Durham Police Department<br>505 W. Chapel Hill Street<br>Durham, NC 27701<br>J. Wesley Covington<br>Kress Building, Mezzanine Floor<br>103 W. Main St.<br>Durham, NC 27701 |

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants, and I have not been able to determine an address whereby service may be had on them:

Steven Chalmers

This 6th day of March 2008.

/s/ Jennifer M/ O'Connor
Jennifer M. O'Connor
District of Columbia Bar No. 460352
WILMERHALE LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202)663-6110
Facsimile: (202)663-6363
Email: jennifer.oconnor@wilmerhale.com

US1DOCS 6579836v4