UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENCKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG, <br><br> Plaintiffs, <br><br> vs. <br><br> DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEM INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, TRASK, SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK GOTTLIEB, BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, AND DAVID ADDISON, <br><br> Defendants. | **NOTICE OF APPEARANCE** |

NOW COME Edwin M. Speas, Jr. and Eric P. Stevens, of the law firm Poyner & Spruill LLP and hereby enter their appearance as counsel of record on behalf of Defendant Mark Gottlieb.

It is respectfully requested that all future documents, including, but, not limited to pleadings, notices, motions and discovery be served upon the undersigned as counsel for Defendant.

This the 6th day of March, 2008.

POYNER & SPRUILL LLP

_____/s/ Edwin M. Speas, Jr._____
Edwin M. Speas, Jr.
NC Bar No. 4112
Post Office Box 10096
Raleigh, NC 27605-0096
Telephone: (919) 783-6400
Facsimile: (919) 783-1075
Email: espeas@poyners.com

_____/s/ Eric P. Stevens_____
Eric P. Stevens
NC Bar No. 17609
Post Office Box 10096
Raleigh, NC 27605-0096
Telephone: (919) 783-6400
Facsimile: (919) 783-1075
Email: estevens@poyners.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 6, 2008, I electronically filed the

foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will

send notification of such filing to the following:

William J. Thomas, II, Esq
119 East Main Street
Durham, NC 27701
Email: thomas@tfmattorneys.com

Charles J. Cooper
David H. Thompson
1523 New Hampshire Avenue, NW
Washington, DC 20036
Email:    ccooper@cooperkirk.com
          dthompson@cooperkirk.com
*Counsel for Plaintiffs*

Patricia P. Kerner, Esq.
Troutman Saunders LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
Email: tricia.kerner@troutmansanders.com

*Counsel for Defendants Steven Chalmers,*
*Beverly Council, Ronald Hodge, Jeff Lamb,*
*Stephen Mihaich, Michael Ripberger, and*
*Lee Russ and Patrick Baker*

James B. Maxwell, Esq.
Maxwell, Freeman & Bowman, PA
P.O. Box 52396
Durham, NC 27717-2396
*Counsel for Defendants David Addison*

Reginald B. Gillespie, Jr., Esq.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717-1729
Email: rgillespie@faison-gillespie.com
*Counsel for City of Durham, North Carolina*

Joel Miller Craig
Kennon Craver Belo Craig & McKee, PLLC
4011 University Drive, Suite 300
P.O. Box 51579
Durham, NC 27717-1579
Email: jcraig@kennoncraver.com
*Counsel for Benjamin Himan*

J. Donald Cowan, Jr., Esq.
Dixie T. Wells, Esq.
Smith Moore, LLP
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Email: don.cowan@smithmoorelaw.com
       dixie.wells@smithmoorelaw.com
       cooper.harrell@smithmoorelaw.com

Jamie Gorelick, Esq.
Jennifer M. O'Connor, Esq.
Paul R. Q. Wolfson, Esq.
Wilmer Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Email: jamie.gorelick@wilmerhale.com
       jennifer.oconnor@wilmerhale.com
       Paul.Wolfson@wilmerhale.com

Dan J. McLamb
Yates, McLamb & Weyher, L.L.P.
P.O. Box 2889
Raleigh, NC 27602-2889
Email: dmclamb@ymwlaw.com
*Counsel for Duke University Health System,*
*Inc., Tara Levicy, Theresa Arico*

Leslie Cooper Harrell
Smith Moore, L.L.P.
P.O. Box 2127
Greensboro, NC 27420
Email: cooper.harrell@smithmoorelaw.com

William F. Lee, Esq.
Wilmer Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
Email: william.lee@wilmerhale.com
*Counsel for Defendants Duke University, Richard H.*
*Brodhead, Peter Lange, Ph.D., Larry Moneta, Ed.D.,*
*John Burness, Tallman Trask, III, Ph.D., Suanne*
*Wasiolek, Matthew Drummond, Aaron Graves, Robert*
*Dean, Kate Hendricks, and Victor J. Dzau*

Further, I certify that I caused the foregoing document to be served by first-class mail,

postage prepaid, to the following non-CM/ECF participants:

J. Wesley Covington
Bryant, Patterson, Covington, Lewis & Lindsley, P.A.
103 W. Main Street
Durham, NC 27702

Linwood Wilson, *Pro Se*
6910 Innesbrook Way
Bahama, NC 27503-9700

This the 6th day of March, 2008.

By:   /s/ Edwin M. Speas, Jr.
      Edwin M. Speas, Jr.