# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### No. 1:08-cv-119

| | | |
|---|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPENDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDUS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, and MICHAEL YOUNG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, | ) ) ) ) ) | |

**Motion for Continuance**

SUZANNE WASIOLEK, MATTHEW          )
DRUMMOND, AARON GRAVES,            )
ROBERT DEAN, TARA LEVICY,          )
THERESA ARICO, J. WESLEY           )
COVINGTON, KATE HENDRICKS,         )
VICTOR DZAU, CITY OF DURHAM,       )
LINWOOD WILSON, MARK               )
GOTTLIEB BENJAMIN HIMAN,           )
PATRICK BAKER, STEVEN              )
CHALMERS, RONALD HODGE, LEE        )
RUSS, STEPHEN MIHAICH, BEVERLY     )
COUNCIL, JEFF LAMB, MICHAEL        )
RIPBERGER, and DAVID ADDISON,      )
                                   )
           Defendants.             )

      In accordance with Local Rule 6.1(b), counsel for Plaintiffs respectfully request

that the Court reschedule the hearing on the Duke Defendants' pending Motion

Regarding Attorney-Initiated and Attorney-Sanctioned Contact with the Media (Doc. No.

12), which is currently set for March 20, 2008. In support of this motion, Plaintiffs state

as follows.

      1.     Lead counsel for the Plaintiffs in this action, Charles J. Cooper, is also lead

counsel in a case, *John B. v. Goetz*, No. 98-0168, originating in the Middle District of

Tennessee that is now on appeal to the Sixth Circuit. Oral argument in the Sixth Circuit

is scheduled for March 20, 2008, the same day as the scheduled hearing on the Duke

Defendants' Motion in this case. Mr. Cooper had already made arrangements to be in

Cincinnati on March 20, 2008 to assist in the Sixth Circuit argument.

      2.     In addition to the Sixth Circuit argument scheduled for March 20, 2008,

Mr. Cooper is also lead counsel in the case of *Ambase v. United States*, No. 93-531,

which is currently in trial in the United States Court of Federal Claims.  That trial is currently scheduled to conclude on March 21, 2008.

3.      Given that Mr. Cooper's actions are being called into question by the Duke Defendants' Motion, and that Mr. Cooper is the lead counsel in this matter, it is important that he be able to attend the hearing.  Moving the hearing to a convenient date after March 21, 2008 would permit Mr. Cooper to do so.

4.      The Duke Defendants have authorized the undersigned to represent that they do not object to this motion.  The Plaintiffs therefore respectfully request that the hearing be rescheduled to Monday, March 24, 2008, or as soon thereafter as meets with the convenience of the Court.


March 6, 2008                        Respectfully submitted,

                                    **COOPER & KIRK, PLLC**


                                    By:  _/s/ Nicole Jo Moss_____ ____
                                            Charles J. Cooper*
                                            David H. Thompson*
                                            Nicole Jo Moss (N.C. Bar # 31958)
                                            1523 New Hampshire Avenue, NW
                                            Washington, DC  20036
                                            Tel. (202) 220-9600
                                            Email ccooper@cooperkirk.com
                                            Email nmoss@cooperkirk.com

                                    *Attorneys for Plaintiffs*

                                            (* motion for special appearance
                                               has been filed)

-and-

**THOMAS, FERGUSON & MULLINS, L.L.P.**

By: _/s/ William J. Thomas_____

       William J. Thomas, II (N.C. Bar # 9004)
       119 East Main Street
       Durham, NC  27701
       Tel. (919) 682-5648
       Email thomas@tfmattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed the foregoing Motion for a Continuance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks and Victor Dzau*

J. Donald Cowan, Jr. (N.C. Bar # 0968)
Dixie T. Wells (N.C. Bar # 26816)
L. Cooper Harrell (N.C. Bar # 27875)
Smith Moore LLP
300 N. Greene Street
Suite 1400
Greensboro, N.C. 27401
Don.cowan@smithmoorelaw.com
Dixie.wells@smithmoorelaw.com
Cooper.harrell@smithmoorelaw.com

*Counsel for Defendants Duke University Health Systems, Inc. Tara Levicy and Theresa Arico*
Dan J. McLamb (N.C. Bar # 6272)
Yates, McLamb & Weyher, L.L.P.
One Bank of America Plaza
421 Fayetteville Street, Suite 1200
Raleigh, North Carolina 27601
dmclam@ymwlaw.com

*Counsel for Duke University*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
William.lee@wilmerhale.com

Jamie Gorelick

Paul. R. Q. Wolfson
Jennifer O'Connor
Wilmer Culter Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Jamie.gorelick@wilmerhale.com
paul.wolfson@wilmerhale.com
Jennifer.oconnor@wilmerhale.com

*Counsel for David W. Addison*
James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717
Phone: (919) 493-6464
jmaxwell@mfbpa.com

*Counsel for City of Durham*
Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 5517
Durham, NC 27717
rgillespie@faison-gillespie.com

*Counsel for Benjamin W. Himan*
Joel Miller Craig
4011 University Drive, Suite 300
Durham, North Carolina 27717-1579
jcraig@kennoncraver.com

As of the date of this filing, no attorney has made an appearance on behalf of the

following Defendants. Based on information and belief, the following Defendants are

represented by counsel as indicated below and are being served by email:

*Counsel for Beverly Council, Ronald Hodge, Jeff
Lamb, Stephen Mihaich, Michael Ripberger, Lee Russ, and Patrick
Baker*

Patricia P. Kerner
Troutman Sanders, LLP

P.O. Drawer 1389
Raleigh, NC 27602-1389
tricia.kerner@troutmansanders.com

*Counsel for Mark D. Gottlieb*
Edwin M. Speas, Jr., Esq. (N.C. Bar # 4112)
P.O. Box 10096
Raleigh, North Carolina 27605-0096
espeas@poynerspruill.com

*Counsel for Steven Chalmers*
Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 5517
Durham, NC 27717
rgillespie@faison-gillespie.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

J. Wesley Covington
Bryant, Patterson, Covington, Lewis, & Lindsley, P.A.
103 W. Main Street
Durham, NC 27702

This 6th day of March 2008.

/s/ Nicole Jo Moss_____ _____
Nicole Jo Moss (N.C. Bar # 31958)
1523 New Hampshire Avenue, NW
Washington, DC 20036
Tel. (202) 220-9600
nmoss@cooperkirk.com