# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### No. 1:08-cv-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPENDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDUS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, and MICHAEL YOUNG, <br><br>      Plaintiffs, <br>  v. <br><br>DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, | **NOTICE OF SPECIAL APPEARANCE** |

| SUZANNE WASIOLEK, MATTHEW | ) |
| DRUMMOND, AARON GRAVES, | ) |
| ROBERT DEAN, TARA LEVICY, | ) |
| THERESA ARICO, J. WESLEY | ) |
| COVINGTON, KATE HENDRICKS, | ) |
| VICTOR DZAU, CITY OF DURHAM, | ) |
| LINWOOD WILSON, MARK | ) |
| GOTTLIEB BENJAMIN HIMAN, | ) |
| PATRICK BAKER, STEVEN | ) |
| CHALMERS, RONALD HODGE, LEE | ) |
| RUSS, STEPHEN MIHAICH, BEVERLY | ) |
| COUNCIL, JEFF LAMB, MICHAEL | ) |
| RIPBERGER, and DAVID ADDISON, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Brian Koukoutchos of Cooper & Kirk, PLLC as counsel of record for the Plaintiffs in the above-captioned civil action.

Mr. Koukoutchos certifies that he is an active member in good standing of the bars of the Supreme Court of the United States; the Commonwealth of Massachusetts; the District of Columbia; the United States Courts of Appeals for the Third, Fourth, Fifth, Sixth, Seventh, Ninth, Federal and District of Columbia Circuits; and the United States District Court for the District of Columbia. Mr. Koukoutchos further certifies that he understands that by entering an appearance he submits to the disciplinary jurisdiction of the court or any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

March 6, 2008	Respectfully submitted,

**COOPER & KIRK, PLLC**

By: _/s/ Brian Koukoutchos_____
    Brian Koukoutchos
    1523 New Hampshire Avenue, NW
    Washington, DC  20036
    Tel. (202) 220-9600
    Email bkoukoutchos@cooperkirk.com

    _/s/ Nicole Jo Moss_____
    Charles J. Cooper*
    David H. Thompson*
    Nicole Jo Moss (N.C. Bar # 31958)
    1523 New Hampshire Avenue, NW
    Washington, DC  20036
    Tel. (202) 220-9600
    Email ccooper@cooperkirk.com
    Email nmoss@cooperkirk.com

*Attorneys for Plaintiffs*

    (* motion for special appearance
       has been filed)

              -and-

**THOMAS, FERGUSON & MULLINS, L.L.P.**

By: _/s/ William J. Thomas_____ ___
    William J. Thomas, II (N.C. Bar # 9004)
    119 East Main Street
    Durham, NC  27701
    Tel. (919) 682-5648
    Email thomas@tfmattorneys.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks and Victor Dzau*

J. Donald Cowan, Jr. (N.C. Bar # 0968)
Dixie T. Wells (N.C. Bar # 26816)
L. Cooper Harrell (N.C. Bar # 27875)
Smith Moore LLP
300 N. Greene Street
Suite 1400
Greensboro, N.C. 27401
Don.cowan@smithmoorelaw.com
Dixie.wells@smithmoorelaw.com
Cooper.harrell@smithmoorelaw.com

*Counsel for Defendants Duke University Health Systems, Inc. Tara Levicy and Theresa Arico*
Dan J. McLamb (N.C. Bar # 6272)
Yates, McLamb & Weyher, L.L.P.
One Bank of America Plaza
421 Fayetteville Street, Suite 1200
Raleigh, North Carolina 27601
dmclam@ymwlaw.com

*Counsel for Duke University, Duke University Health Systems, Inc., Tara Levicy and Theresa Arico, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks and Victor Dzau*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street

       Boston, Massachusetts 02109
       William.lee@wilmerhale.com

       Jamie Gorelick
       Paul. R. Q. Wolfson
       Jennifer M. O'Connor
       Wilmer Culter Pickering Hale and Dorr LLP
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006
       Jamie.gorelick@wilmerhale.com
       paul.wolfson@wilmerhale.com
       Jennifer.oconnor@wilmerhale.com

*Counsel for David W. Addison*
       James B. Maxwell
       Maxwell, Freeman & Bowman, P.A.
       P.O. Box 52396
       Durham, NC 27717
       Phone: (919) 493-6464
       jmaxwell@mfbpa.com

*Counsel for City of Durham*
       Reginald B. Gillespie, Jr.
       Faison & Gillespie
       P.O. Box 5517
       Durham, NC 27717
       rgillespie@faison-gillespie.com

*Counsel for Benjamin W. Himan*
       Joel Miller Craig
       4011 University Drive, Suite 300
       Durham, North Carolina 27717-1579
       jcraig@kennoncraver.com

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendants. Based on information and belief, the following Defendants are represented by counsel as indicated below and are being served by email:

*Counsel for Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Lee Russ, and Patrick*

*Baker*
> Patricia P. Kerner
> Troutman Sanders, LLP
> P.O. Drawer 1389
> Raleigh, NC 27602-1389
> tricia.kerner@troutmansanders.com

*Counsel for Mark D. Gottlieb*
> Edwin M. Speas, Jr., Esq. (N.C. Bar # 4112)
> P.O. Box 10096
> Raleigh, North Carolina 27605-0096
> espeas@poynerspruill.com

*Counsel for Steven Chalmers*
> Reginald B. Gillespie, Jr.
> Faison & Gillespie
> P.O. Box 5517
> Durham, NC 27717
> rgillespie@faison-gillespie.com

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendants. I hereby certify that I served the following Defendants by U.S. Mail:

| | |
|---|---|
| Linwood Wilson | J. Wesley Covington |
| 6910 Innesbrook Way | Kress Building, Mezzanine Floor |
| Bahama, NC 27503-9700 | 103 W. Main St |
| | Durham, NC 27701 |

This 6th day of March 2008.

> /s/ Nicole Jo Moss_____
> Nicole Jo Moss (N.C. Bar # 31958)
> 1523 New Hampshire Avenue, NW
> Washington, DC 20036
> Tel. (202) 220-9600
> nmoss@cooperkirk.com