# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### OFFICE OF THE CLERK
#### POST OFFICE BOX 2708
#### GREENSBORO, N.C. 27402

JOHN S. BRUBAKER
CLERK

TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6015

March 7, 2008

Charles J. Cooper, Esq.
Cooper & Kirk, PPC
1523 New Hampshire Avenue, NW
Washington, DC 20036

Re:     1:08CV119, CARRINGTON et al v. DUKE UNIVERSITY et al

Dear Mr. Cooper:

You electronically filed a notice of appearance on behalf of attorney, Nicole Jo Moss on March 6, 2008. Because the notice of appearance does not contain the original signature of the attorney, I cannot add the attorney's name to the case's docket sheet.

The best way to add the attorney's name to the docket sheet is for the attorney to electronically file a notice of appearance on the attorney's own behalf. If the attorney has not already become an electronic filer in this Court, the attorney should submit a registration form, which is available on the Court's website at www.ncmd.uscourts.gov. Provided that the attorney is a registered CM/ECF filer in any other federal court (district or bankruptcy), the attorney is not required to completed training in the Middle District of North Carolina.

Thank you for your attention to this letter, and, if you have any questions about CM/ECF registration, please call Billy Crumley at 336-332-6003.

Very truly yours,

/s/ Lisa N. Lee
John S. Brubaker
Clerk of Court