Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPENDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDUS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG,<br><br>        Plaintiffs,<br><br>v.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, | No. 1:08-CV-119 |

| | |
|---|---|
| ROBERT DEAN, TARA LEVICY THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK GOTTLIEB BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, AND DAVID ADDISON | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The undersigned hereby gives notice of her appearance as counsel of record for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, and Michael Ripberger. All further pleadings, motions, and notices should be served on the undersigned as counsel for these Defendants. The undersigned counsel certifies that she is admitted to practice before this Court.

This the 10th day of March, 2008.

TROUTMAN SANDERS LLP

By: /s/ Patricia P. Kerner
    Patricia P. Kerner
N.C. State Bar No. 13005
Attorneys for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, and Michael Ripberger
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4117
Facsimile: (919) 829-8714
tricia.kerner@troutmansanders.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was electronically filed today with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| **Charles J. Cooper**<br>**David H. Thompson**<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, DC 20036<br>cooper@cooperkirk.com<br>dthompson@cooperkirk.com<br>*Attorneys for Plaintiffs* | **William John Thomas, II**<br>Thomas Ferguson & Mullins, LLP<br>119 E. Main Street<br>Durham, NC 27701<br>thomas@tfmattorneys.com<br>*Attorneys for Plaintiffs* |
| **James D. Cowan, Jr.**<br>**Dixie T. Wells**<br>Smith Moore, L.L.P.<br>Post Office Box 21927<br>Greensboro, NC 27420<br>don.cowan@smithmoorelaw.com<br>Dixie.wells@smithmoore.law.com<br>*Attorneys for Defendants Duke University, Duke University Health System, Inc. Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, Victor Dzau* | **James S. Gorelick**<br>**Jennifer M. O'Connor**<br>**Paul R.Q. Wolfson**<br>Wilmer, Cutler, Pickering, Hale And Dorr, L.L.P.<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Jamie.gorelick@wilmerhale.com<br>Jennifer.oconnor@wilmerhale.com<br>Paul.wolfson@wilmerhale.com<br>*Attorneys for Defendants Duke University, Duke University Health System, Inc. Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, Victor Dzau* |
| **Joel M. Craig**<br>Kennon, Craver, Belo,<br>   Craig & McKee, PLLC<br>Post Office Box 51579<br>Durham, NC 27717-1579<br>jcraig@kennoncraver.com<br>*Attorneys for Defendant Himan* | **Reginald B. Gillespie, Jr.**<br>Faison & Gillespie<br>Post Office Box 51729<br>Durham, NC 27717-1729<br>rgillespie@faison-gillespie.com<br>*Attorneys for Defendant City of Durham* |

| | |
|---|---|
| **William F. Lee**<br>Wilmer, Cutler, Pickering, Hale<br>And Dorr, L.L.P.<br>60 State Street<br>Boston, MA 02109<br>William.lee@wilmerhale.com<br>*Attorneys for Defendants Duke University, Duke University Health System, Inc. Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, Victor Dzau* | **Leslie Cooper Harrell**<br>Smith Moore, L.L.P.<br>Post Office Box 21927<br>Greensboro, NC 27420<br>Harrell@smithmoorelaw.com<br>*Attorneys for Defendants Duke University, Duke University Health System, Inc. Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, Victor Dzau* |
| **Edwin M. Speas**<br>**Eric P. Stevens**<br>Poyner & Spruill, L.L.P<br>Post Office Box 10096<br>Raleigh, NC 27605-0096<br>Espeas@poynerspruill.com<br>*Attorneys for Defendant Gottlieb* | **James B. Maxwell**<br>Maxwell, Freeman & Bowman, P.A.<br>Post Office Box 52396<br>Durham, NC 27717<br>jmaxwell@mfbpa.com<br>*Attorneys for Defendant David Addison* |

I further certify that a copy of the foregoing was served today upon each of the following non-CM/ECF participants by United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| **Linwood Wilson**<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700<br>*Pro Se* | **J. Wesley Covington**<br>P.O. Box 341<br>Durham, NC 27702 |

This the 10th day of March, 2008

/s/ Patricia P. Kerner
Patricia P. Kerner