IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **NOTICE OF APPEARANCE** |
| ) | |
| DUKE UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Kenneth Kyre, Jr. and Paul D. Coates, of the Greensboro, North Carolina, law firm of Pinto Coates Kyre & Brown, PLLC, being admitted to practice in the United States District Court for the Middle District of North Carolina, hereby enter their appearance as counsel of record for Defendant J. Wesley Covington. All pleadings, motions, notices, and other documents should be served upon them as counsel for Defendant Covington.

This the 17th day of March, 2008.

/s/ Kenneth Kyre, Jr.
N.C. State Bar Number: 7848
Attorney for Defendant Covington
Pinto Coates Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404
Telephone: (336) 282-8848
Fax: (336) 282-8409
E-mail: kkyre@pckb-law.com

/s/ Paul D. Coates
N.C. State Bar Number: 9753
Attorney for Defendant Covington
Pinto Coates Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404
Telephone: (336) 282-8848
Fax: (336) 282-8409
E-mail: pcoates@pckb-law.com

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorneys for Plaintiffs</u>:

**CHARLES J. COOPER**
ccooper@cooperkirk.com,nmoss@cooperkirk.com

**DAVID H. THOMPSON**
dthompson@cooperkirk.com

**WILLIAM JOHN THOMAS , II**
thomas@tfmattorneys.com,tfm@tfmattorneys.com

<u>Attorneys for Defendants Duke University, Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor Dzau</u>:

**JAMES DONALD COWAN , JR**
don.cowan@smithmoorelaw.com,kathy.hawkins@smithmoorelaw.com,
leighann.robinson@smithmoorelaw.com

**DIXIE THOMAS WELLS**
dixie.wells@smithmoorelaw.com,kathy.hawkins@smithmoorelaw.com

**JAMIE S. GORELICK**
jamie.gorelick@wilmerhale.com

**JENNIFER M. O'CONNOR**
jennifer.oconnor@wilmerhale.com,whdukelacrosseassociates@wilmerhale.com,
whdukelacrosseparalegals@wilmerhale.com

**LESLIE COOPER HARRELL**
cooper.harrell@smithmoorelaw.com,linda.hassell@smithmoorelaw.com

**PAUL R.Q. WOLFSON**
Paul.Wolfson@wilmerhale.com

**WILLIAM F. LEE**
william.lee@wilmerhale.com

Attorneys for Defendants Duke University Health System, Inc., Tara Levicy, and Theresa Arico:

**DAN JOHNSON MCLAMB**
dmclamb@ymwlaw.com,cyounger@ymwlaw.com

**JAMES DONALD COWAN , JR**
don.cowan@smithmoorelaw.com,kathy.hawkins@smithmoorelaw.com,
leighann.robinson@smithmoorelaw.com

**JAMIE S. GORELICK**
jamie.gorelick@wilmerhale.com

**PAUL R.Q. WOLFSON**
Paul.Wolfson@wilmerhale.com

**WILLIAM F. LEE**
william.lee@wilmerhale.com

**JENNIFER M. O'CONNOR**
jennifer.oconnor@wilmerhale.com,whdukelacrosseassociates@wilmerhale.com,
whdukelacrosseparalegals@wilmerhale.com

Attorney for Defendant City of Durham:

**REGINALD B. GILLESPIE , JR**
rgillespie@faison-gillespie.com,diane.taylor@faison-gillespie.com,avoss@steptoe.com,
susan.veasey@faison-gillespie.com,Kelly.Troy@durhamnc.gov,
Kimberly.Grantham@durhamnc.gov,susan.groves@faison-gillespie.com,
RWarin@steptoe.com, Beverly.Thompson@durhamnc.gov

Attorneys for Defendant Mark Gottlieb:

**EDWIN M. SPEAS , JR**
espeas@poynerspruill.com,sstutts@poyners.com

**ERIC P. STEVENS**
estevens@poyners.com,rclarke@poyners.com,eweston@poyners.com,
johale@poynerspruill.com

Attorney for Defendant Benjamin Himan:

**JOEL MILLER CRAIG**
jcraig@kennoncraver.com,rrogers@kennoncraver.com,hsappenfield@kennoncraver.com

Attorneys for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, and Michael Ripberger:

**PATRICIA P. KERNER**
tricia.kerner@troutmansanders.com,melissa.bowling@troutmansanders.com, tracy.bowling@troutmansanders.com

**D. MARTIN WARF**
martin.warf@troutmansanders.com,nella.johnson@troutmansanders.com

**HANNAH GRAY STYRON**
hannah.styron@troutmansanders.com,nella.johnson@troutmansanders.com

Attorney for Defendant David Addison:

**JAMES B. MAXWELL**
jmaxwell@mfbpa.com,lrosemond@mfbpa.com

This the 17th day of March, 2008.

/s/ Kenneth Kyre, Jr.
N.C. State Bar Number: 7848
Attorney for Defendant Covington
Pinto Coates Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404
Telephone: (336) 282-8848
Fax: (336) 282-8409
E-mail: kkyre@pckb-law.com