IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:08-CV-119

| | | |
|---|---|---|
| EDWARD CARRINGTON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF FILING OF** |
| | ) | **WAIVERS OF SERVICE** |
| v. | ) | **OF SUMMONS** |
| | ) | |
| DUKE UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure, Plaintiffs in the above captioned matter, by undersigned counsel, hereby file the annexed waivers of service of summons executed by or on behalf of Defendants Duke University, Duke University Health System, Inc., Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendericks, Victor Dzau.

The requests for those waivers were sent by e-mail on March 17, 2008. Accordingly, by operation of Rules 4(d)(3) and 12 (a)(1)(B) of the Federal Rules of Civil Procedure, the time for these Defendants to answer or otherwise respond to the Complaint is extended until May 16, 2008.

This 2nd day of April 2008.

    Respectfully submitted,

**COOPER & KIRK, PLLC**

By: /s/ Charles J. Cooper
    Charles J. Cooper*
    David H. Thompson*
    Nicole Jo Moss (N.C. Bar # 31958)
    1523 New Hampshire Avenue, NW
    Washington, DC 20036
    Tel. (202) 220-9600
    Email: ccooper@cooperkirk.com
    Email: nmoss@cooperkirk.com

*Attorneys for Plaintiffs*

    (* motion for special appearance
      has been filed)

-and-

**THOMAS, FERGUSON & MULLINS, L.L.P.**

By: /s/ William J. Thomas
    William J. Thomas, II (N.C. Bar # 9004)
    119 East Main Street
    Durham, NC 27701
    Tel. (919) 682-5648
    Email: thomas@tfmattorneys.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks and Victor Dzau*

J. Donald Cowan, Jr. (N.C. Bar # 0968)
Dixie T. Wells (N.C. Bar # 26816)
L. Cooper Harrell (N.C. Bar # 27875)
Smith Moore LLP
300 N. Greene Street
Suite 1400
Greensboro, N.C. 27401
Don.cowan@smithmoorelaw.com
Dixie.wells@smithmoorelaw.com
Cooper.harrell@smithmoorelaw.com

*Counsel for Defendants Duke University Health Systems, Inc. Tara Levicy and Theresa Arico*
Dan J. McLamb (N.C. Bar # 6272)
Yates, McLamb & Weyher, L.L.P.
One Bank of America Plaza
421 Fayetteville Street, Suite 1200
Raleigh, North Carolina 27601
dmclamb@ymwlaw.com

*Counsel for Duke University, Duke University Health Systems, Inc., Tara Levicy and Theresa Arico, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks and Victor Dzau*

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street

Boston, Massachusetts 02109
William.lee@wilmerhale.com

Jamie Gorelick
Paul. R. Q. Wolfson
Jennifer M. O'Connor
Wilmer Culter Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Jamie.gorelick@wilmerhale.com
paul.wolfson@wilmerhale.com
Jennifer.oconnor@wilmerhale.com

*Counsel for David W. Addison*
James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717
Phone: (919) 493-6464
jmaxwell@mfbpa.com

*Counsel for City of Durham*
Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 5517
Durham, NC 27717
rgillespie@faison-gillespie.com

*Counsel for Benjamin W. Himan*
Joel Miller Craig
4011 University Drive, Suite 300
Durham, North Carolina 27717-1579
jcraig@kennoncraver.com

*Counsel for Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Lee Russ, and Patrick Baker, Steven Chalmers,*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders, LLP

P.O. Drawer 1389
Raleigh, NC 27602-1389
tricia.kerner@troutmansanders.com
martin.warf@troutmansanders.com
hannah.styron@troutmansanders.com

*Counsel for Mark D. Gottlieb*
Edwin M. Speas, Jr. (N.C. Bar # 4112)
Eric P. Stevens,
P.O. Box 10096
Raleigh, North Carolina 27605-0096
espeas@poynerspruill.com
sstutts@poyners.com

*Counsel for Steven Chalmers*
Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 5517
Durham, NC 27717
rgillespie@faison-gillespie.com

*Counsel for J. Wesley Covington*
Kenneth Kyre Jr. (N.C. Bar # 7848)
Paul D. Coates (N.C. Bar # 9753)
Pinto Coates Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404
kkyre@pckb-law.com
pcoates@pckb-law.com

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendant. I hereby certify that I served the following Defendants by U.S. Mail:

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

This 2nd day of April 2008.

                              By: /s/ William J. Thomas  
                                   William J. Thomas, II (N.C. Bar # 9004)  
                                   119 East Main Street  
                                   Durham, NC  27701  
                                   Tel. (919) 682-5648  
                                   Email: thomas@tfmattorneys.com