IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | **AFFIDAVIT OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| DUKE UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. | |

The undersigned certifies that:

1. A copy of the Summons and Complaint in the above referenced matter was given to Private Investigator Steve Hale on Thursday, April 3, 2008, requesting that he serve the aforementioned documents on Defendant Linwood Wilson.

2. Private Investigator Hale went to Mr. Wilson's residence at 6910 Innesbrook Way, Bahama, North Carolina 27503 and personally hand delivered the Summons and Complaint.

3. Process was in fact received on the 3rd day of April, 2008 as evidenced by the attached Return of Service.

This 8th day of April 2008.

Respectfully submitted,

**COOPER & KIRK, PLLC**

By: /s/ Charles J. Cooper
Charles J. Cooper*

David H. Thompson*
Nicole Jo Moss (N.C. Bar # 31958)
1523 New Hampshire Avenue, NW
Washington, DC  20036
Tel. (202) 220-9600
Email: ccooper@cooperkirk.com
Email: nmoss@cooperkirk.com

*Attorneys for Plaintiffs*

(* motion for special appearance
   has been filed)

-and-

**THOMAS, FERGUSON & MULLINS, L.L.P.**

By: \_/s/ William J. Thomas_____
William J. Thomas, II (N.C. Bar # 9004)
119 East Main Street
Durham, NC  27701
Tel. (919) 682-5648
Email: thomas@tfmattorneys.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks and Victor Dzau*

J. Donald Cowan, Jr. (N.C. Bar # 0968)
Dixie T. Wells (N.C. Bar # 26816)
L. Cooper Harrell (N.C. Bar # 27875)
Smith Moore LLP
300 N. Greene Street
Suite 1400
Greensboro, N.C. 27401
Don.cowan@smithmoorelaw.com
Dixie.wells@smithmoorelaw.com
Cooper.harrell@smithmoorelaw.com

*Counsel for Defendants Duke University Health Systems, Inc. Tara Levicy and Theresa Arico*
Dan J. McLamb (N.C. Bar # 6272)
Yates, McLamb & Weyher, L.L.P.
One Bank of America Plaza
421 Fayetteville Street, Suite 1200
Raleigh, North Carolina 27601
dmclamb@ymwlaw.com

*Counsel for Duke University, Duke University Health Systems, Inc., Tara Levicy and Theresa Arico, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks and Victor Dzau*

William F. Lee

    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, Massachusetts 02109
    William.lee@wilmerhale.com

    Jamie Gorelick
    Paul. R. Q. Wolfson
    Jennifer M. O'Connor
    Wilmer Culter Pickering Hale and Dorr LLP
    1875 Pennsylvania Avenue, N.W.
    Washington, D.C. 20006
    Jamie.gorelick@wilmerhale.com
    paul.wolfson@wilmerhale.com
    Jennifer.oconnor@wilmerhale.com

*Counsel for David W. Addison*
    James B. Maxwell
    Maxwell, Freeman & Bowman, P.A.
    P.O. Box 52396
    Durham, NC 27717
    Phone: (919) 493-6464
    jmaxwell@mfbpa.com

*Counsel for City of Durham*
    Reginald B. Gillespie, Jr.
    Faison & Gillespie
    P.O. Box 5517
    Durham, NC 27717
    rgillespie@faison-gillespie.com

*Counsel for Benjamin W. Himan*
    Joel Miller Craig
    4011 University Drive, Suite 300
    Durham, North Carolina 27717-1579
    jcraig@kennoncraver.com

*Counsel for Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Lee Russ, and Patrick Baker, Steven Chalmers,*

    Patricia P. Kerner
    D. Martin Warf

Hannah G. Styron
Troutman Sanders, LLP
P.O. Drawer 1389
Raleigh, NC 27602-1389
tricia.kerner@troutmansanders.com
martin.warf@troutmansanders.com
hannah.styron@troutmansanders.com

*Counsel for Mark D. Gottlieb*
Edwin M. Speas, Jr. (N.C. Bar # 4112)
Eric P. Stevens,
P.O. Box 10096
Raleigh, North Carolina 27605-0096
espeas@poynerspruill.com
sstutts@poyners.com

*Counsel for Steven Chalmers*
Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 5517
Durham, NC 27717
rgillespie@faison-gillespie.com

*Counsel for J. Wesley Covington*
Kenneth Kyre Jr. (N.C. Bar # 7848)
Paul D. Coates (N.C. Bar # 9753)
Pinto Coates Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404
kkyre@pckb-law.com
pcoates@pckb-law.com

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendant. I hereby certify that I served the following Defendants by U.S. Mail:

Linwood Wilson
6910 Innesbrook Way

Bahama, NC 27503-9700

This 8th day of April 2008.

                                                    By: /s/ William J. Thomas
                                                        William J. Thomas, II (N.C. Bar # 9004)
                                                        119 East Main Street
                                                        Durham, NC 27701
                                                        Tel. (919) 682-5648
                                                        Email: thomas@tfmattorneys.com