**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:08-cv-119**

_____
                                                            )
EDWARD CARRINGTON, et al.,            )
                                                            )
                          Plaintiffs,          )
           v.                                            )
                                                            )
DUKE UNIVERSITY, et al.,                 )
                                                            )
                         Defendants.         )
_____ )

**JOINT MOTION TO EXTEND PAGE LIMITATIONS
AND TO ESTABLISH A RULE 12 BRIEFING SCHEDULE**

Counsel for the Parties identified herein respectfully move this Court for leave to exceed the page limitations set forth in Local Rule 7.3, and to establish a briefing schedule for Defendants' anticipated motions to dismiss. In support of this Motion, the parties state as follows:

1. On February 21, 2008, Plaintiffs filed their Complaint in the above-captioned matter. The Complaint is 225 pages in length (excluding introductory tables and attachments), consists of 747 paragraphs, and alleges 31 causes of action.

2. As of April 1, 2008, the following Defendants or Defendant groups had retained separate counsel to represent them in this matter:

   a. Duke University, Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau (collectively, the "Duke University Defendants");

b. Duke University Health Systems, Inc., Theresa Arico, and Tara Levicy (collectively, the "Duke SANE Defendants");

c. The City of Durham, North Carolina;

d. Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, and Michael Ripberger (collectively, the "Durham Police Supervising Defendants");

e. David W. Addison

f. Mark Gottlieb;

g. Benjamin W. Himan;

h. J. Wesley Covington

3. As of April 1, 2008, Defendant Linwood Wilson had not retained counsel, and has not yet been served. It is anticipated that Defendant Wilson will appear in this matter *pro se*, as he has in 01:07-cv-739 (*Evans, et al. v. Nifong, et al.*).

4. Each of the above referenced Defendants or Defendant Groups in this matter who have retained counsel have indicated their intention to file motions to dismiss on behalf of their respective clients ("Motions").

5. Due to the length of the Complaint and the number of causes of action alleged therein, the parties whose signatures appear below have agreed, subject to the Court's approval, that each Defendant or Defendant-group enumerated above may have up to 50 pages to brief their respective Motions, and up to 25 pages to brief their respective reply memoranda ("Replies"). Further any of these Defendants or Defendant Groups may elect to file their Motions or Replies jointly, but may not aggregate the page limits applicable to their respective Motions and Replies.

6. The parties have agreed, subject to the Court's approval, that, Plaintiffs may have up to 50 pages to respond to each Motion ("Response") and may elect to address multiple Motions in a given Response, but may not aggregate the page limits applicable to Responses.

7. To accommodate the number and length of Defendants' anticipated Motions, the parties have agreed, subject to the Court's approval, to the following Rule 12 briefing schedule:

    a. Motions or answers due: May 30, 2008;

    b. Opposition(s) due: August 28, 2008; and

    c. Replies due: September 29, 2008.

WHEREFORE, undersigned counsel respectfully request that the Court approve the proposed page limitations and briefing schedule. A proposed order is attached.

Dated: April 10, 2008.　　　　　　Respectfully submitted,

                              **COOPER & KIRK, PLLC**

                              /s/ Charles J. Cooper
                              Charles J. Cooper*
                              David H. Thompson*
                              Nicole Jo Moss (N.C. Bar # 31958)
                              1523 New Hampshire Avenue, NW
                              Washington, DC 20036
                              Tel. (202) 220-9600
                              Email ccooper@cooperkirk.com
                              Email dthompson@cooperkirk.com
                              Email nmoss@cooperkirk.com

                             (* motion for special appearance has been filed)

-and-

**THOMAS, FERGUSON & MULLINS, L.L.P.**

/s/ William J. Thomas
William J. Thomas, II (N.C. Bar # 9004)
119 East Main Street
Durham, NC 27701
Tel. (919) 682-5648
Email thomas@tfmattorneys.com
*Attorneys for Plaintiffs*

**TROUTMAN SANDERS LLP**
/s/ Patricia P. Kerner
Patricia P. Kerner
N.C. State Bar No. 13005
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Phone: (919) 835-4117
Fax: (919) 829-8714
Email: tricia.kerner@troutmansanders.com
*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ*

**FAISON & GILLESPIE**
/s/ Reginald B. Gillespie, Jr.
Reginald B. Gillespie, Jr.
N.C. State Bar No. 10895
5517 Durham Chapel Hill Boulevard
Suite 2000
Durham, North Carolina 27727-1729
Phone: (919) 489-9001
Fax: (919) 489-5774
Email: rgillespie@faison-gillespie.com
*Counsel for Defendant City of Durham, North Carolina*

**STEPTOE & JOHNSON LLP**
/s/ Roger E. Warin
Roger E. Warin*
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
E-Mail**: rwarin@steptoe.com**
*(Motion for Special Appearance to be filed)
*Counsel for Defendant City of Durham, North Carolina*

**SMITH MOORE LLP**
/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Phone: (336) 378-5329
Fax: (336) 378-5400
Email: don.cowan@smithmoorelaw.com
Email: dixie.wells@smithmoorelaw.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
/s/ Jamie Gorelick
Jamie Gorelick*
(District of Columbia Bar No. 101370)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: Jamie.gorelick@wilmerhale.com
*Counsel for Defendants Duke University, Aaron Graves, Robert Dean, Richard H. Brodhead, Peter Lange, Kate Hendricks, Tallman Trask, III, John Burness, Larry Moneta, Victor J. Dzau, M.D., , Suzanne Wasiolek, Matthew Drummond,*

*Counsel for Duke University Health Systems, Inc., Theresa Arico, and Tara Levicy*
(*motion for special appearance filed)

**YATES, McLAMB & WEYHER, L.L.P.**
/s/ Dan J. McLamb
Dan J. McLamb
N.C. State Bar No. 6272
One Bank of America Plaza
421 Fayetteville Street, Suite 1200
Raleigh, North Carolina 27601
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com
*Counsel for Duke University Health Systems, Inc., Theresa Arico, and Tara Levicy*

**POYNER & SPRUILL LLP**
/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
P.O. Box 10096
Raleigh, North Carolina 27605-0096
Phone: (919) 783-6400
Fax: (919) 783-1075
Email: espeas@poynerspruill.com
*Counsel for Defendant Mark Gottlieb*

**KENNON, CRAVER, BELO, CRAIG & MCKEE, PLLC**
/s/ Joel M. Craig
Joel M. Craig
N.C. State Bar No. 9179
P.O. Box 51579
4011 University Drive, Suite 300
Durham, North Carolina 27717-1579
Phone: (919) 490-0500
Fax: (919) 490-0873
Email: jcraig@kennoncraver.com
*Counsel for Defendant Benjamin Himan*

**MAXWELL FREEMAN & BOWMAN, P.A.**
/s/ James B. Maxwell
James B. Maxwell
N.C. State Bar No. 2933
P.O. Box 52396
Raleigh, North Carolina 27717-2396
Phone: (919) 493-6464
Fax: (919) 493-1218
Email: jmaxwell@mfbpa.com
*Counsel for Defendant David Addison*

**PINTO COATES KYRE & BROWN, PLLC**
/s/ Kenneth Kyre, Jr.
Kenneth Kyre Jr. (N.C. Bar # 7848)
Paul D. Coates (N.C. Bar # 9753)
P.O. Box 4848
Greensboro, NC 27404
Email: kkyre@pckb-law.com
Email: pcoates@pckb-law.com
*Counsel for J. Wesley Covington*