IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:08-cv-119

_____
                                                    )
EDWARD CARRINGTON, et al.,        )
                                                    )
                      Plaintiffs,            )
       v.                                         )
                                                    )
DUKE UNIVERSITY, et al.,              )
                                                    )
                      Defendants.         )
_____)

## **ORDER**

Upon consideration of the Joint Motion to Extend Page Limitations and to Establish a Rule 12 Briefing Schedule ("Joint Motion"), for good cause shown and by agreement of the parties to the Joint Motion, it is hereby ORDERED that:

1. The Joint Motion is GRANTED;

2. Each of the Defendants or Defendant-groups enumerated below, as defined in the Joint Motion, shall have up to and including 50 pages to brief their respective motions to dismiss ("Motions"), and up to and including 25 pages to brief their respective reply memoranda ("Replies"):

   a. Duke University Defendants;

   b. Duke SANE Defendants;

   c. The City of Durham, NC;

   d. Durham Police Supervising Defendants;

   e. David Addison;

    f.       Mark Gottlieb;

    g.      Benjamin W. Himan;

    h.      J. Wesley Covington

3. Defendants or Defendant-groups may elect to file their Motions or Replies jointly, but may not aggregate the page limits applicable to their respective Motions and Replies.

4. Plaintiffs may file a response brief ("Response") in response to each Motion that is filed, and shall have up to and including 50 pages to brief each Response. Plaintiffs may elect to address multiple Motions in a given Response, but may not aggregate the page limits applicable to Responses.

5. The following briefing schedule shall apply to the Motions, Responses and Replies in this matter:

    a.      Motions/Answers due: May 30, 2008;

    b.      Responses due: August 28, 2008; and

    c.      Replies due: September 29, 2008.

SO ORDERED on this 14th day of April, 2008.

_____
United States District Judge