IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:08 CV 119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG,<br><br>    Plaintiffs,<br><br>vs.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEM INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, | **NOTICE OF APPEARANCE** |

| | |
|---|---|
| MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK GOTTLIEB, BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, AND DAVID, ADDISON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

PLEASE TAKE NOTICE of the appearance of Shirley M. Pruitt, of the firm of Yates, McLamb & Weyher, L.L.P., as counsel of record for Duke University Health Systems, Inc., Theresa Arico, and Tara Levicy, in the above-captioned action. The undersigned counsel certifies that she is admitted to practice before this Court. These Defendants hereby preserve all defenses, including defenses based on jurisdiction, venue, and service of process.

This the 15th of April, 2008.

By:   /s/ Shirley M. Pruitt
Shirley M. Pruitt
N.C. State Bar: 19141
YATES, McLAMB & WEYHER, L.L.P.
Post Office Box 2889
Raleigh, NC 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: spruitt@ymwlaw.com

Attorney for Defendants Duke University
Health Systems, Inc., Theresa Arico, R.N., and
Tara Levicy, R.N.,

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and served the following participants via the CM/ECF system:

*Counsel for the Plaintiffs*
    William J. Thomas, II (N.C. Bar # 9004)
    Email: thomas@tfmattorneys.com

*Counsel for the Plaintiffs*
    Charles J. Cooper
    David H. Thompson
    Email: ccooper@cooperkirk.com
           dthompson@cooperkirk.com

*Counsel for Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*

    J. Donald Cowan, Jr.
    Dixie T. Wells
    Leslie Cooper Harrell
    Smith Moore, L.L.P.
    Email: don.cowan@smithmoorelaw.com
           dixie.wells@smithmoorelaw.com
           cooper.harrell@smithmoorelaw.com

*Counsel for Attorneys for Defendants Duke University, Duke University Health System, Inc. Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, Victor Dzau*

    Jamie S. Gorelick,
    Jennifer M. O'Connor
    Paul R. Q Wolfson
    Wilmer Cutler Pickering Hale and Door, LLP
    Email: jamie.gorelick@wilmerhale.com
           jennifer.oconnor@wilmerhale.com
           Paul.Wolfson@wilmerhale.com

    William F. Lee

    Wilmer Cutler Pickering Hale and Dorr, LLP
    Email: william.lee@wilmerhale.com

*Counsel for City of Durham*
    Reginald B. Gillespie
    Faison & Gillespie
    rgillespie@faison-gillespie.com

*Counsel for Defendant Mark D. Gottlieb*
    Edwin M. Speas, Jr.
    Eric P. Stevens
    Email: espeas@poynerspruill.com
           estevens@poyers.com

*Counsel for Defendant Benjamin W. Himan*
    Joel Miller Craig
    Kennon, Craver, Belo, Craig, & McKee, PLLC
    Email: jcraig@kennoncraver.com

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Lee Russ, and Patrick Baker*
    Patricia P. Kerner
    Hannah Gray Styron
    D. Martin Warf
    Troutman Sanders, LLP
    Email: tricia.kerner@troutmansanders.com
           hannah.styron@troutmansanders.com
           martin.warf@troutmansanders.com

*Counsel for Defendant David W. Addison*
    James B. Maxwell
    Maxwell, Freeman & Bowman, P.A.
    Email: jmaxwell@mfbpa.com

*Counsel for J. Wesley Covington*
    Kenneth Kyre, Jr.
    Pinto, Coates, Kyre, & Brown, PLLC
    Email: kkyre@pckb-law.com

As of the date of this filing, no attorney has made an appearance on behalf of any of the following Defendants. I hereby certify that I have depositing a copy of the same in the

United States Mail postage prepaid and addressed to the following non-CM/ECF participants.

>Linwood Wilson
>6910 Innesbrook Way
>Bahama, NC 27503-9700

This the 15th day of April, 2008

>By: /s/ Shirley M. Pruitt
>Shirley M. Pruitt
>N.C. State Bar: 19141
>YATES, McLAMB & WEYHER, L.L.P.
>Post Office Box 2889
>Raleigh, NC 27602
>Telephone: (919) 835-0900
>Facsimile: (919) 835-0910
>Email: spruitt@ymwlaw.com
>
>Attorney for Defendants Duke University
>Health Systems, Inc., Theresa Arico, R.N., and
>Tara Levicy, R.N.,