UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG,<br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, MATTHEW | **NOTICE OF APPEARANCE** |

KCBCM: 246242.1

| | |
|---|---|
| DRUMMOND, AARON GRAVES, ROBERT | ) |
| DEAN, TARA LEVICY, THERESA ARICO, | ) |
| J. WESLEY COVINGTON, KATE HENDRICKS, | ) |
| VICTOR DZAU, CITY OF DURHAM, | ) |
| LINWOOD WILSON, MARK GOTTLIEB, | ) |
| BENJAMIN HIMAN, PATRICK BAKER, | ) |
| STEVEN CHALMERS, RONALD HODGE, | ) |
| LEE RUSS, STEPHEN MIHAICH, BEVERLY | ) |
| COUNCIL, JEFF LAMB, MICHAEL | ) |
| RIPBERGER and DAVID ADDISON. | ) |
| Defendants. | ) |

_____

Pursuant to Local Rule LR83.1(c), the undersigned gives notice of appearance as an attorney of record for the Defendant Benjamin Himan.

This the 22nd day of April, 2008.

                                                    KENNON, CRAVER, BELO,
                                                      CRAIG & MCKEE, PLLC

By:   */s/ Henry W. Sappenfield*
        North Carolina State Bar No. 37419
        Attorneys for Defendant Benjamin Himan
        4011 University Drive, Suite 300
        P.O. Box 51579
        Durham, NC 27717-1579
        (919) 490-0500
        hsappenfield@kennoncraver.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I electronically filed the foregoing Notice of Appearance on behalf of Defendant Benjamin J. Himan with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles J. Cooper
David H. Thompson
Brian S. Koukoutchos
Nicole Jo Moss
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

William J. Thomas, II
Thomas, Ferguson & Mullins, L.L.P.
119 East Main Street
Durham, NC 27701
*Attorneys for Plaintiffs*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
Yates, McLamb & Weyher, L.L.P.
P.O. Box 2889
Raleigh, NC 27602
*Attorneys for Defendants Duke University Health System, Inc., Theresa Arico, R.N. and Tara Levicy, R.N.*

J. Donald Cowan, Jr.
Dixie T. Wells
L. Cooper Harrell
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Jamie Gorelick
Jennifer M. O'Connor
Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Attorneys for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks and Victor J. Dzau*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717-1729
*Attorneys for Defendant City of Durham, North Carolina*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Attorneys for Defendant David Addison*

Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Attorneys for Defendant Mark Gottlieb*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Attorneys for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb and Michael Ripberger*

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

This the 22nd day of April, 2008.

        KENNON, CRAVER, BELO,
        CRAIG & MCKEE, PLLC

By: */s/ Henry W. Sappenfield*
   North Carolina State Bar No. 37419
   Attorneys for Defendant Benjamin Himan
   4011 University Drive, Suite 300
   P.O. Box 51579
   Durham, NC 27717-1579
   (919) 490-0500
   hsappenfield@kennoncraver.com