IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:08-cv-119

| | | |
|---|---|---|
| EDWARD CARRINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **DEFENDANT DAVID ADDISON'S** |
| vs. | ) | **MOTION TO DISMISS** |
| | ) | (Rule 12(b)(6), F.R.Civ.P.) |
| DUKE UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes the Defendant, David Addison (hereinafter, "Addison"), by and through his counsel of record, and hereby moves the Court to dismiss the Plaintiffs' Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of Addison's Motion to Dismiss is the accompanying Memorandum of Law and Citation of Authorities filed pursuant to Local Rules 7.1(a), 7.2 and 7.3(a), M.D.N.C. Because of the issues raised; the complexity of myriad causes of actions asserted in the Complaint; and the minimal factual allegations made against him, Addison requests that oral argument be scheduled on this Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

1

Dockets.Justia.com

This the 30th day of May, 2008.

/S/ James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P. O. Box 52396
Durham, NC 27717-2396
Telephone: 919-493-6464
Facsimile: 919-493-1218
State Bar No.: 2933
*Attorneys for David Addison*

<u>**Certificate of Service**</u>

I hereby certify that I have served a copy of the foregoing Defendant David Addison's Motion to Dismiss upon the below listed individuals by electronically filing the document with the Clerk of Court on this date using the CM/ECF system which will send notification of such filing to the following counsel and by serving Linwood Wilson by U.S. mail:

William J. Thomas, II
119 East Main St.
Durham, NC 27701
*Counsel for Plaintiffs*

Charles J. Cooper
David H. Thompson
Brian S. Doukoutchos
Nicole Jo Moss
Cooper & Krik, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
*Counsel for Plaintiffs*

J. Donald Cowan, Jr.
Dixie Thomas Wells
Leslie Cooper Harrell
Smith Moore, L.L.P.
P. O. Box 21927
Greensboro, NC 27420
*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*

Jamie S. Gorelick
Jennifer M. O'Connor
Paul R. Q. Wolfson
Wilmer, Cutler, Pickering,
Hale and Dorr, L.L.P.
1875 Pennsylvania Ave., NW
Washington, DC 20006
*Counsel for Defendant Duke University, et al.*

William F. Lee
Wilmer, Cutler, Pickering, Hale
      & Dorr, LLP
60 State St.
Boston, MA 02109
*Counsel for Defendant Duke University, et al.*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
Yates, McLamb & Weyher, L.L.P.
P. O. Box 2889
Raleigh, NC 27602-2889
*Counsel for Defendants Duke University Health System, Inc., Tara Levicy and Theresa Arico*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P. O. Box 51729
Durham, NC 27717
*Counsel for Defendant City of Durham*

Joel M. Craig
Henry W. Sappenfield
Kennon, Craver, Belo, Craig & McKee, PLLC
P. O. Box 51579
Durham, NC 27717-1579
*Attorneys for Defendant Benjamin Himan*

Patricia Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders, LLP
434 Fayetteville St., Suite 1900
Raleigh, NC 27601
*Attorneys for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb and Michael Ripberger*

4

Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill, LLP
P. O. Box 10096
Raleigh, NC 27605-0096
*Attorneys for Defendant Mark Gottlieb*

Kenneth Kyre, Jr.
Pinto, Coates, Kyre & Brown, PLLC
P. O. Box 4848
Greensboro, NC 27404
*Attorneys for Defendant J. Wesley Covington*

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700
*Pro se*

This the 30th day of May, 2008.

/S/James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
Attorneys for David Addison
P. O. Box 52396
Durham, NC 27717-2396
(919) 493-6464
State Bar No.: 2933

5