IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDWARD CARRINGTON, *et al,* | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:08-CV-119 |
| DUKE UNIVERSITY, *et al,* | ) |
| Defendants. | ) |

_____

**MOTION TO DISMISS OF DEFENDANTS BAKER, CHALMERS, COUNCIL,
HODGE, LAMB, MIHAICH, RIPBERGER, and RUSS
FED. R. CIV. P 12(b)(6)**

_____

Defendants Patrick Baker, Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ ("Defendants") respectfully move the Court, pursuant to FED. R. CIV. P. 12(b)(6), to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. In support thereof, Defendants' submit their accompanying Brief in Support of Motion to Dismiss filed pursuant to Local Rules 7.1(a), 7.2 and 7.3(a), M.D.N.C. Because of complexity of the causes of action at issue in this case, Defendants request oral argument be scheduled on their Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

Respectfully submitted, this the 30th day of May, 2008.

> TROUTMAN SANDERS LLP
>
> By: /s/ Patricia P. Kerner
>     Patricia P. Kerner
> N.C. State Bar No. 13005
>     Hannah G. Styron
> N.C. State Bar No. 28824
>     D. Martin Warf
> N.C. State Bar No. 32982
> *Attorneys for Defendants Baker, Chalmers, Council, Hodge, Lamb, Ripberger, and Russ*
> 434 Fayetteville Street, Suite 1900
> Raleigh, North Carolina 27601
> Telephone: (919) 835-4100
> Facsimile: (919) 829-8714
> tricia.kerner@troutmansanders.com
> hannah.styron@troutmansanders.com
> martin.warf@troutmansanders.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID F. EVANS, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-00739 |
| ) | |
| THE CITY OF DURHAM, *et al*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Charles J. Cooper
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
cooper@cooperkirk.com
dthompson@cooperkirk.com
*Attorneys for Plaintiffs*

William John Thomas, II
THOMAS FERGUSON & MULLINS, LLP
119 E. Main Street
Durham, NC 27701
thomas@tfmattorneys.com
*Attorneys for Plaintiffs*

James D. Cowan, Jr.
Dixie T. Wells
Leslie Cooper Harrell
SMITH MOORE, LLP
Post Office Box 21927
Greensboro, NC 27420
don.cowan@smithmoorelaw.com
dixie.wells@smithmoorelaw.com
cooper.harrell@smithmoorelaw.com
*Attorneys for Defendants Duke
University, Duke University Health System,
Inc., Richard Brodhead,
Peter Lange, Larry Moneta,
John Burness, Tallman Trask,
Suzanne Wasiolek, Matthew
Drummond, Aaron Graves,
Robert Dean, Tara Levicy, Theresa
Arico, Kate Hendricks, Victor Dzau*

James S. Gorelick
Jennifer M. O'Connor
Paul R.Q. Wolfson
William F. Lee
WILMER, CUTLER, PICKERING,
HALE, and DORR, LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
jamie.gorelick@wilmerhale.com
jennifer.oconnor@wilmerhale.com
paul.wolfson@wilmerhale.com
william.lee@wilmerhale.com
*Attorneys for Defendants Duke
University, Duke University Health
System, Inc., Richard Brodhead,
Peter Lange, Larry Moneta,
John Burness, Tallman Trask,
Suzanne Wasiolek, Matthew
Drummond, Aaron Graves,
Robert Dean, Tara Levicy, Theresa
Arico, Kate Hendricks, Victor Dzau*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
YATES, MCLAMB & WEYHER, LLP
P.O. Box 2889
Raleigh, NC 27602-2889
dmclamb@ymwlaw.com
spruitt@ymwlaw.com
cyounger@ymwlaw.com
*Attorneys for Defendants Duke
University Health Systems, Inc.,
Tara Levicy, and Theresa Arico*

Kenneth Kyre, Jr.
PINTO COATES KYRE & BROWN,
PLLC
P.O. Box 4848
Greensboro, NC 27404
kkyre@pckb-law.com
*Attorneys for Defendant J. Wesley
Covington*

| | |
|---|---|
| Reginald B. Gillespie, Jr.<br>FAISON & GILLESPIE<br>Post Office Box 51729<br>Durham, NC 27717<br>rgillespie@faison-gillespie.com<br>*Attorneys for Defendant City of Durham* | Joel M. Craig<br>Henry W. Sappenfield<br>KENNON, CRAVER, BELO, CRAIG &<br>MCKEE, PLLC<br>Post Office Box 51579<br>P.O. Box 51579<br>Durham, NC 27717-1579<br>*Attorneys for Defendant Himan* |
| Edwin M. Speas<br>Eric P. Stevens<br>POYNER & SPRUILL, LLP<br>3600 Glenwood Avenue<br>Raleigh, NC 27612<br>*Attorneys for Defendant Gottlieb* | James B. Maxwell<br>MAXWELL, FREEMAN & BOWMAN,<br>P.A.<br>Post Office Box 52396<br>Durham, NC 27717<br>*Attorneys for Defendant Addison* |

I further certify that a copy of the foregoing was served today upon each of the following non CM/ECF participants by United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Linwood Wilson<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700<br>*Pro Se* | Roger E. Warrin<br>Michael A. Vatis<br>John P. Nolan<br>Ana H. Voss<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Ave. N.W.<br>Washington, DC 20036<br>*Attorneys for Defendant City of Durham* |

This the 30th day of May, 2008.

Respectfully submitted,

By: /s/ Patricia P. Kerner
    Patricia P. Kerner
N.C. State Bar No. 13005
*Attorneys for Defendants Baker, Chalmers, Council, Hodge, Lamb, Mihiach, Ripberger, and Russ*
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601

Telephone: (919) 835-4100
Facsimile: (919) 829-8714
tricia.kerner@troutmansanders.com