IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No 1:08-cv-119

| | |
|---|---|
| EDWARD CARRINGTON, et al. <br><br> Plaintiffs, <br><br> v. <br><br> DUKE UNIVERSITY, et al., <br><br> Defendants. | Motion to Dismiss Complaint By "Duke SANE Defendants" |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and Local Rules 7.2 and 7.3, the "Duke SANE Defendants"—defined by the Court and the parties for purposes of this motion to comprise the Duke University Health System, Inc. (DUHS), Theresa Arico, and Tara Levicy—hereby move the Court to dismiss all claims asserted against them for failure to state a claim on which relief may be granted and, for certain specified claims, for lack of jurisdiction.[1] A chart identifying the causes of action and the defendants against whom each cause is asserted is attached as an Exhibit (Exhibit 1) to the accompanying Brief in Support of "Duke SANE Defendants'" Motion to Dismiss Complaint.

---

[1] (*See* Joint Mot. for Leave to File Excess Pages and to Establish a Rule 12 Briefing Schedule, Dkt. 50, at 2 (defining "Duke SANE Defendants"); Order, Dkt. 51 (granting Joint Motion).)

The bases for this Motion are presented in detail in the accompanying Brief in Support of "Duke SANE Defendants'" Motion to Dismiss Complaint. For the reasons set forth therein, the "Duke SANE Defendants" respectfully request that the claims asserted against them be dismissed with prejudice. Because of the number of causes of action in the Complaint and the complexity of the issues raised thereby, the "Duke SANE Defendants" request that oral argument be scheduled on their Motion to Dismiss pursuant to Local Rule 7.3(c)(1).

Respectfully submitted, this the 30th day of May, 2008.

/s/ Dan J. McLamb
_____
Dan J. McLamb
N.C. State Bar No. 6272
Yates, McLamb & Weyher, LLP
421 Fayetteville Street, Suite 1200
Raleigh, N.C. 27601
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com

/s/ Jamie S. Gorelick
_____
Jamie S. Gorelick
District of Columbia Bar No. 101370
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: jamie.gorelick@wilmerhale.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed the foregoing Motion to Dismiss Complaint By "Duke SANE Defendants" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>*Counsel for the Plaintiffs*
>William J. Thomas, II
>Email: thomas@tfmattorneys.com
>
>Charles J. Cooper
>Email: ccooper@cooperkirk.com
>
>David H. Thompson
>Email: dthompson@cooperkirk.com
>
>*Counsel for J. Wesley Covington*
>Kenneth Kyre, Jr.
>Email: kkyre@pckb-law.com
>
>*Counsel for City of Durham*
>Reginald B. Gillespie, Jr.
>Email: rgillespie@faison-gillespie.com
>
>*Counsel for Mark Gottlieb*
>Edwin M. Speas, Jr.
>Email: espeas@poynerspruill.com
>
>Eric P. Stevens
>Email: estevens@poyners.com
>
>*Counsel for Benjamin Himan*
>Henry W. Sappenfield
>Email: hsappenfield@kennoncraver.com
>
>Joel Miller Craig
>Email: jcraig@kennoncraver.com

*Counsel for Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger*
    Patricia P. Kerner
    Email: tricia.kerner@troutmansanders.com

    D. Martin Warf
    Email: martin.warf@troutmansanders.com

    Hannah Gray Styron
    Email: hannah.styron@troutmansanders.com

*Counsel for David Addison*
    James B. Maxwell
    Email: jmaxwell@mfbpa.com

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendant. I hereby certify that I served the following Defendant by U.S. Mail:

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

This 30th day of May 2008.

                                /s/ Jamie S. Gorelick
                                Jamie S. Gorelick

                                Attorney for Duke University, Duke University Health System, Inc., Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, Victor Dzau