UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG,<br>                 Plaintiffs,<br><br>   vs.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, | **DEFENDANT BENJAMIN HIMAN'S MOTION TO DISMISS** |

J. WESLEY COVINGTON, KATE HENDRICKS, )
VICTOR DZAU, CITY OF DURHAM,           )
LINWOOD WILSON, MARK GOTTLIEB,         )
BENJAMIN HIMAN, PATRICK BAKER,         )
STEVEN CHALMERS, RONALD HODGE,         )
LEE RUSS, STEPHEN MIHAICH, BEVERLY     )
COUNCIL, JEFF LAMB, MICHAEL            )
RIPBERGER and DAVID ADDISON,           )
       Defendants.              )
_____

   Defendant Benjamin Himan ("Investigator Himan"), through his undersigned attorneys, moves pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing this action in its entirety as to this Defendant upon the grounds that the Complaint fails to state a claim upon which relief may be granted and, in the alternative, that all claims asserted against Investigator Himan are barred by the doctrines of qualified and public officer immunity.

   In support of this Motion, Defendant submits the accompanying memorandum of law.


WHEREFORE, Defendant Benjamin Himan prays that all claims against him in this action be dismissed with prejudice.

KCBCM:242957

Respectfully submitted this the 30th day of May, 2008.

                                             KENNON, CRAVER, BELO,
                                             CRAIG & MCKEE, PLLC

By:    */s/ Joel M. Craig*
         North Carolina State Bar No. 9179

         */s/ Henry W. Sappenfield*
         North Carolina State Bar No. 37419
         Attorneys for Defendant Benjamin Himan
         4011 University Drive, Suite 300
         P.O. Box 51579
         Durham, NC 27717-1579
         (919) 490-0500
         jcraig@kennoncraver.com
         hsappenfield@kennoncraver.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I electronically filed the foregoing Defendant Benjamin Himan's Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles J. Cooper
David H. Thompson
Brian S. Koukoutchos
Nicole Jo Moss
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

William J. Thomas, II
Thomas, Ferguson & Mullins, L.L.P.
119 East Main Street
Durham, NC 27701
*Attorneys for Plaintiffs*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
Yates, McLamb & Weyher, L.L.P.
P.O. Box 2889
Raleigh, NC 27602
*Attorneys for Defendants Duke University Health System, Inc., Theresa Arico, R.N. and Tara Levicy, R.N.*

J. Donald Cowan, Jr.
Dixie T. Wells
L. Cooper Harrell
Smith Moore LLP
P.O. Box 21927
Greensboro, NC 27420

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

-4-

KCBCM:242957

Jamie Gorelick

Jennifer M. O'Connor
Paul R.Q. Wolfson
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Attorneys for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks and Victor J. Dzau*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P.O. Box 51729
Durham, NC 27717-1729
*Attorneys for Defendant City of Durham, North Carolina*

James B. Maxwell
Maxwell, Freeman & Bowman, P.A.
P.O. Box 52396
Durham, NC 27717-2396
*Attorneys for Defendant David Addison*

Edwin M. Speas, Jr.
Eric P. Stevens
Poyner & Spruill LLP
P.O. Box 10096
Raleigh, NC 27605-0096
*Attorneys for Defendant Mark Gottlieb*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
*Attorneys for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb and Michael Ripberger*

Paul D. Coates

Kenneth Kyre, Jr.
Pinto Coates Kyre & Brown, PLLC
P.O. Box 4848
Greensboro, NC 27404
*Attorneys for Defendant J. Wesley Covington*

The undersigned further certifies that the foregoing document was served by first-class mail, postage prepaid to the following non CM/ECF participant:

Linwood Wilson
Bahama, NC
*Pro Se*

This the 30th day of May, 2008.

          KENNON, CRAVER, BELO,
          CRAIG & MCKEE, PLLC

By: */s/ Henry W. Sappenfield*
    North Carolina State Bar No. 9179
    Attorneys for Defendant Benjamin Himan
    4011 University Drive, Suite 300
    P.O. Box 51579
    Durham, NC 27717-1579
    (919) 490-0500
    E-mail: hsappenfield@kennoncraver.com