UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENCKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPEDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDIS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, MICHAEL YOUNG,<br><br>　　　　　　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEM INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, SUZANNE WASIOLEK, TRASK, SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK GOTTLIEB, BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, AND DAVID ADDISON,<br><br>　　　　　　　　　　　　　　　　　Defendants. | |

# DEFENDANT MARK GOTTLIEB'S MOTION TO DISMISS

Defendant Mark Gottlieb, appearing through the undersigned counsel, hereby moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all claims asserted in the Complaint against him (specifically, counts 8, 10, 20-26, and 28-30) on grounds that these claims, as they apply to Defendant Gottlieb, fail to state a claim upon which relief can be granted. This Motion is supported by the Memorandum Supporting Defendant Mark Gottlieb's Motion to Dismiss, which is being filed simultaneously herewith.

This the 30th day of May, 2008.

**POYNER & SPRUILL LLP**

By: /s/Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
North Carolina Bar #4112
Eric P. Stevens
North Carolina Bar # 17609
P.O. Box 10096
Raleigh, N.C. 27605-0096
Tel.   (919) 783-6400
Fax    (919) 783-1075
Email  espeas@poynerspruill.com
Email: estevens@poyners.com

*Attorneys for Defendant Mark Gottlieb*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 30 2008, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Charles J. Cooper*
*David H. Thompson*
*Brian S. Koukoutchos*
*Nicole Jo Moss*
*Cooper & Kirk, PLLC*
*1523 New Hampshire Avenue, NW*
*Washington, DC 20036*

*Dan J. McLamb*
*Shirley M. Pruitt*
*T. Carlton Younger, III*
*Yates, McLamb & Weyher, L.L.P.*
*Post Office Box 2889*
*Raleigh, NC 27602*

*Attorneys for Defendants Duke Unviersity Health System, Inc., Theresa Arico R.N. And Tar Levicy, R.N.*

*William J. Thomas, II*
*Thomas, Ferguson & Mullins, L.L.P.*
*119 East Main Street*
*Durham, NC 27701*

*Attorney for Plaintiffs*

*J. Donald Cowan, Jr.*
*Dixie T. Wells*
*L. Cooper Harrell*
*Smith Moore LLP*
*Post Office Box 21927*
*Greensboro, NC 27420*

*William F. Lee*
*Wilmer Cutler Pickering Hale and Dorr LLP*
*60 State Street*
*Boston, MA 02109*

*Jamie Gorelick*
*Jennifer M. O'Connor*
*Paul R.Q. Wolfson*
*Wilmer Cutler Pickering Hale and DorrLLP*
*1875 Pennsylvania Avenue, NW*
*Washington, DC 20006*

*Attorneys for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Susanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks And Victor J. Dzau*

| | |
|---|---|
| *Reginald B. Gillespie, Jr.*<br>*Faison & Gillespie*<br>*Post Office Box 51729*<br>*Durham, NC 27717-1729*<br><br>*Attorneys for City of Durham, NC* | *James B. Maxwell*<br>*Maxwell, Freeman & Bowman, P.A.*<br>*Post Office Box 52396*<br>*Durham, NC 27717-2396*<br><br>Attorneys for Defendant David Addison |
| *Henry W. Sappenfield*<br>*Kennon, Craver, Belo, Craig & McKee, PLLC*<br>*4011 University Drive, Suite 300*<br>*Post Office Box 51579*<br>*Durham, NC 27717-1579*<br><br>*Attorneys for Defendant Benjamin Himan* | *Paul D. Coates*<br>*Kenneth Kyre, Jr.*<br>*Pinto Coasts Kyre & Brown, PLLC*<br>*Post Office Box 4848*<br>*Greensboro, NC 27404*<br><br>*Attorneys for Defendant J. Wesley Covington* |
| *Linwood Wilson, Pro Se*<br>*Bahama, NC* | *Patricia P. Kerner*<br>*D. Martin Warf*<br>*Hannah G. Styron*<br>*Troutman Sanders LLP*<br>*434 Fayetteville Street, Suite 1900*<br>*Raleigh, NC 27601*<br><br>*Attorneys for Defendants Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb and Michael Ripberger* |

This the 30th day of May, 2008.

/s/Edwin M. Speas, Jr.
Edwin M. Speas, Jr.