IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EDWARD CARRINGTON, et al.,
Plaintiffs,
v.
DUKE UNIVERSITY, et al.,
Defendants.

Civil Action No. 1:08-cv-00119

### MEMORANDUM IN RESPONSE TO MOTION TO REQUIRE DEFENDANTS TO PARTICIPATE IN THE MANDATORY RULE 26(F) DISCOVERY CONFERENCE

NOW COMES Defendant Linwood Wilson, *Pro Se*, pursuant to LR7.3(f), MDNC, and submits this memorandum in response to the Plaintiffs' Motion to Require Defendants to Participate in the Mandatory Rule 26(F) Discovery Conference (docket no. 57).

In support of this Motion, Defendant Wilson states as follows:

1. Defendant Wilson's time to file an Answer and/or Motion To Dismiss is not until June 27, 2008 and is not yet effected by this Motion, however;

2. Defendant Wilson joins Defendants City of Durham *et al*, Duke University *et al*, and J. Wesley Covington in their opposition to Plaintiffs' Motion To Require Defendants To Participate In The Mandatory Rule 26(f) Discovery Conference and asks the court that he be allowed to adopt and incorporate the; Statements of the Nature of the Matter Before The Court, Nature of The Proceedings, Questions Presented, Statement of Facts, Arguments and Conclusions, set forth in their respective memorandums, into Defendant Wilson's Memorandum Motion to Require Defendants to Participate in the Mandatory Rule 26(F) Discovery

1

Conference.

Dated: June 17, 2008                    Respectfully submitted,

*[signature]*

LINWOOD WILSON
6910 Innesbrook Way
Bahama, NC 27503

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EDWARD CARRINGTON, et al.,
Plaintiffs,
v.

Civil Action No. 1:08-cv-00119

DUKE UNIVERSITY, et al.,
Defendants.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Defendant Linwood Wilson's Memorandum In Response To Motion To Require Defendants To Participate In The Mandatory Rule 26(F) Discovery Conference by depositing a copy of the same in an official depository of the US Postal Service in a postage-paid envelope addressed to the following:

Reginald B. Gillespie, Jr.
FAISON & GILLESPIE
5517 Durham-Chapel Hill Blvd., Ste. 2000
P.O. Box 51729
Durham, N.C. 27717-1729
*Counsel for Defendant City of Durham, N.C.
And Edward Sarvis*

Joel M. Craig
Henry W. Sappenfield
KENNON CRAVER BELO CRAIG & MCKEE, PLLC
4011 University Drive, Suite 300
P.O. Box 51579
Durham, N.C. 27717-1579
*Counsel for Defendant Benjamin Himan*

James B. Maxwell,
MAXWELL, FREEMAN & BOWMAN, P.A.
P.O. Box 52396

Durham, N.C. 27717-2396
*Counsel for Defendant David Addison, Kammie Michaels, Richard Clayton and James T. Soukup*

Edwin M. Speas
Eric P. Stevens
POYNER & SPRUILL, LLP
3600 Glenwood Avenue
Raleigh, N.C. 27612
*Counsel for Defendant Mark Gottlieb*

Patricia P. Kerner
D. Martin Warf
Hannah G. Styron
TROUTMAN SANDERS LLP
434 Fayetteville Street, Suite 1900
Raleigh, N.C. 27601
*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Laird Evans and Lee Russ*

Roger E. Warin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036
*Counsel for Defendant City of Durham, N.C.*

J. Donald Cowan, Jr., Esq.
Dixie T. Wells, Esq.
Leslie Cooper Harrell
SMITH MOORE LLP
P. O. Box 21927
Greensboro, NC 27420
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trash, III, Ph.D., Johan Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond*

William F. Lee
Jamie Gorelick
Paul R. Q. Wolfson
Jennifer M. O'Connor
WILMER CUTLER PICKERING HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Defendants Duke University, Duke University Police Department, Aaron Graves, Robert Dean, Leila Humphries, Phyllis Cooper, William F. Garber, II, James Schwab, Joseph Fleming, Jeffrey O. Best, Gary N. Smith, Greg Stotsenberg, Robert K. Steel, Richard H. Brodhead, Ph.D., Peter Lange, Ph.D., Tallman Trask, III, Ph.D., Johan Burness, Larry Moneta, Ed.D., Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Stephen Bryan, and Matthew Drummond, Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Theresa Arico, R.N., and Tara Levicy, R.N.*

Dan J. McLamb
Shirley M. Pruitt
Thomas Carlton Younger, III
YATES, McLAMB & WEYHER, LLP
One Bank of America Plaza, Ste 1200
421 Fayetteville Street
Raleigh, NC 27601
*Counsel for Defendants Duke University Health Systems, Inc., Private Diagnostic Clinic, PLLC, Julie Manly, M.D., Tara Levicy, R.N. and Theresa Arico, R.N.*

Kenneth Kyre Jr.
Paul D. Coates
PINTO COATES KYRE & BROWN, PLLC
P.O. Box 4848
Greensboro, NC 27404
*Counsel for J. Wesley Covington*

William J. Thomas, II
119 East Main Street
Durham, NC 27701
*Counsel for Plaintiffs*

Charles J. Cooper
David H. Thompson
Nicole Jo Moss
1523 New Hampshire Ave., NW
Washington, DC 20036
*Counsel for Plaintiffs*


THIS, the 17th day of June, 2008.

_____
Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700