**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:08-cv-119**

_____
                                                                    )
EDWARD CARRINGTON, et al.,                  )
                                                                    )
                              Plaintiffs,          )
           v.                                              )
                                                                    )
DUKE UNIVERSITY, et al.,                          )
                                                                    )
                              Defendants.      )
_____ )

**AMENDED MOTION TO CLARIFY OR IN THE ALTERNATIVE EXTEND
TIME TO RESPOND TO DEFENDANT LINWOOD WILSON'S
<u>BRIEF IN SUPPORT OF MOTION TO DISMISS</u>**

Plaintiffs' filed a Motion to Clarify or in the Alternative Extend Time to Respond to Defendant Linwood Wilson's Brief In Support of Motion to Dismiss (Doc. No. 83) on July 21, 2008. In that motion Plaintiffs sought to clarify whether the Scheduling Order entered April 14, 2008 (Doc. No. 51) governed the briefing related to Defendant Wilson's motion to dismiss making Plaintiffs' response to Wilson's Brief In Support of Motion to Dismiss due on August 28, 2008. At the time Plaintiffs filed the original motion, they noted they had not been able to communicate with Defendant Wilson as to his position on the motion, but noted his likely agreement based on his own filings. Since filing the original motion, Plaintiffs have now had the opportunity to confer with Defendant Wilson and therefore respectfully file this amended motion to report that both parties are in agreement that the April 14, 2008 Scheduling Order governs the briefing related to Defendant Wilson's motion to dismiss.

Based on the fact that Defendant Wilson is in agreement that the April 14, 2008 Scheduling Order applies to the briefing in regards to his motion to dismiss, the Plaintiffs have drafted a new proposed consent order that is being filed herewith.

Dated: July 24, 2008.                    Respectfully submitted,

**COOPER & KIRK, PLLC**

/s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Nicole Jo Moss (N.C. Bar # 31958)
1523 New Hampshire Avenue, NW
Washington, DC 20036
Tel. (202) 220-9600
Email ccooper@cooperkirk.com
Email dthompson@cooperkirk.com
Email nmoss@cooperkirk.com

(* motion for special appearance has been filed)

-and-

**THOMAS, FERGUSON & MULLINS, L.L.P.**

/s/ William J. Thomas
William J. Thomas, II (N.C. Bar # 9004)
119 East Main Street
Durham, NC 27701
Tel. (919) 682-5648
Email thomas@tfmattorneys.com
*Attorneys for Plaintiffs*

# CERTITICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the foregoing Amended Motion to Clarify or in the Alternative Extend Time to Respond to Defendant Linwood Wilson's Brief in Support of Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

**TROUTMAN SANDERS LLP**
Patricia P. Kerner
N.C. State Bar No. 13005
Hannah Gray Styron
D. Martin Warf
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Phone: (919) 835-4117
Fax: (919) 829-8714
Email: tricia.kerner@troutmansanders.com
Email: hannah.styron@troutmansanders.com
Email: martin.warf@troutmansanders.com
*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ*

**FAISON & GILLESPIE**
Reginald B. Gillespie, Jr.
N.C. State Bar No. 10895
5517 Durham Chapel Hill Boulevard
Suite 2000
Durham, North Carolina 27727-1729
Phone: (919) 489-9001
Fax: (919) 489-5774
Email: rgillespie@faison-gillespie.com
*Counsel for Defendants City of Durham, North Carolina and Steven Chalmers*

**STEPTOE & JOHNSON LLP**
Roger E. Warin*
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902

Email: rwarin@steptoe.com
*(Motion for Special Appearance to be filed)
***Counsel for Defendant City of Durham, North Carolina***

**SMITH MOORE LLP**
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 21927 [27420]
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Phone: (336) 378-5329
Fax: (336) 378-5400
Email: don.cowan@smithmoorelaw.com
Email: dixie.wells@smithmoorelaw.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Jamie Gorelick*
D.C. Bar No. 101370
Jennifer M. O'Connor
William F. Lee
Paul R.Q. Wolfson
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: Jamie.gorelick@wilmerhale.com
Email: Jennifer.oconnor@wilmerhale.com
Email: William.lee@wilmerhale.com
Email: Paul.Wolfson@wilmerhale.com
***Counsel for Defendants Duke University, Aaron Graves, Robert Dean, Richard H. Brodhead, Peter Lange, Tallman Trask, III, John Burness, Larry Moneta, Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Matthew Drummond,***

***Counsel for Duke University Health Systems, Inc., Theresa Arico, and Tara Levicy***
(*motion for special appearance filed)

**YATES, McLAMB &WEYHER, L.L.P**
Dan Johnson McLamb
N.C. State Bar No. 6272
T. Carlton Younger, III
Shirley Marring Pruitt
POB 2889
RALEIGH, NC 27602-2889
919-835-0900
Fax: 919-835-0910
Email: dmclamb@ymwlaw.com
Email: cyounger@ymwlaw.com
Email: spruitt@ymwlaw.com
*Counsel for Duke University Health Systems, Inc., Theresa Arico, and Tara Levicy*

**POYNER & SPRUILL LLP**
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
P.O. Box 10096
Raleigh, North Carolina 27605-0096
Phone: (919) 783-6400
Fax: (919) 783-1075
Email: espeas@poynerspruill.com
*Counsel for Defendant Mark Gottlieb*

**KENNON, CRAVER, BELO, CRAIG & MCKEE, PLLC**
Joel M. Craig
N.C. State Bar No. 9179
Henry W. Sappenfield
P.O. Box 51579
4011 University Drive, Suite 300
Durham, North Carolina 27717-1579
Phone: (919) 490-0500
Fax: (919) 490-0873
Email: jcraig@kennoncraver.com
Email: hsappenfield@kennoncraver.com
*Counsel for Defendant Benjamin Himan*

**MAXWELL FREEMAN & BOWMAN, P.A.**
James B. Maxwell
N.C. State Bar No. 2933
P.O. Box 52396

Raleigh, North Carolina 27717-2396
Phone: (919) 493-6464
Fax: (919) 493-1218
Email: jmaxwell@mfbpa.com
*Counsel for Defendant David Addison*

**PINTO COATES KYRE & BROWN, PLLC**
Kenneth Kyre Jr. (N.C. Bar # 7848)
Paul D. Coates (N.C. Bar # 9753)
P.O. Box 4848
Greensboro, NC 27404
Email: kkyre@pckb-law.com
Email: pcoates@pckb-law.com
*Counsel for J. Wesley Covington*

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendant. I hereby certify that I served the following Defendants by U.S. Mail:

Linwood Wilson
6910 Innesbrook Way
Bahama, NC 27503-9700

/s/ Nicole Jo Moss