## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## No. 1:08cv119

EDWARD CARRINGTON, et. al.    )
                                  )
             Plaintiffs,    )
                                  )
           v.              )
                                  )
DUKE UNIVERSITY, et. al.    )
                                  )
             Defendants.    )
                                  )
_____ )

## ORDER

For the reasons stated therein and for good cause shown, Plaintiffs' Motion to Clarify or In the Alternative for An Extension of Time to Respond to Defendant Linwood Wilson's Brief in Support of Motion to Dismiss is granted. Plaintiffs' response is due August 28, 2008. Plaintiffs shall follow the page limits set forth in the April 14, 2008 scheduling order for the purpose of responding to Defendant Linwood Wilson's Brief in Support of Motion to Dismiss.

This the 25th day of July, 2008.

_____
United States District Judge