# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDWARD CARRINGTON, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>DUKE UNIVERSITY, et al.,<br><br>        Defendants. | Case No. 1:08-cv-119 |

## CONSENT MOTION TO WITHDRAW AS COUNSEL OF RECORD

L. Cooper Harrell and the law firm of Smith Moore Leatherwood LLP (formerly Smith Moore LLP), pursuant to Rule 83.1(e) of the Local Rules of Civil Practice of the United States District Court for the Middle District of North Carolina, hereby move the Court for an Order allowing the undersigned counsel to withdraw as counsel of record for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau (the "Duke University Defendants"). In support of this motion, the undersigned counsel shows the following:

1.      The undersigned counsel, along with attorneys J. Donald Cowan, Jr. and Dixie T. Wells, was retained to represent the Duke University Defendants in or about February 2008.

2. At the time the undersigned counsel, as well as Mr. Cowan and Ms. Wells, practiced with the law firm of Smith Moore LLP.

3. As of August 1, 2008 Mr. Cowan and Ms. Wells moved their practices from Smith Moore LLP to the law firm of Ellis & Winters LLP.

4. Also, as of August 1, 2008 Smith Moore LLP combined with another firm to form Smith Moore Leatherwood LLP.

5. The undersigned counsel continues to practice at Smith Moore Leatherwood LLP.

6. The Duke University Defendants have made arrangements for Mr. Cowan and Ms. Wells and the law firm of Ellis & Winters LLP to act as counsel of record in this matter. Accordingly, the undersigned counsel is no longer involved in this matter.

7. Representatives for the Duke University Defendants were consulted and consented to the undersigned counsel's withdrawal as counsel of record in this matter.

WHEREFORE, L. Cooper Harrell and the law firm of Smith Moore Leatherwood LLP (formerly Smith Moore LLP) respectfully request that the Consent Motion to Withdraw be granted and that he and Smith Moore Leatherwood LLP be fully discharged from representation of the Duke University Defendants in this matter and have no further responsibility with regard to this case.

Dated: August 6, 2008.

**SMITH MOORE LEATHERWOOD LLP**

**/s/ L. Cooper Harrell**
L. Cooper Harrell, Esq.
N.C. State Bar #27875
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Phone: (336) 378-5362
Fax:   (336) 378-5400
Email:  cooper.harrell@smithmoorelaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, I electronically filed the foregoing **Consent Motion to Withdraw as Counsel of Record** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for the Plaintiffs*
    William J. Thomas, II
    Email:  thomas@tfmattorneys.com
    Charles J. Cooper
    David H. Thompson
    Email:  ccooper@cooperkirk.com
    Email:  dthompson@cooperkirk.com

*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*
    J. Donald Cowan, Jr.
    Dixie T. Wells
    Email: don.cowan@elliswinters.com
    Email: dixie.wells@elliswinters.com

*Counsel for Defendants Duke University, Duke University Health Systems, Inc., Aaron Graves, Robert Dean, Peter Lange, John Burness, Larry Moneta, Matthew Drummond, Theresa Arico, Tara Levicy, Suzanne Wasiolek, Richard Brodhead, Tallman Trask, Kate Hendricks, Victor Dzau*
    William F. Lee
    Jamie Gorelick
    Paul R. Q. Wolfson
    Jennifer O'Connor
    Email:  William.lee@wilmerhale.com
    Email:  Jamie.gorelick@wilmerhale.com
    Email:  Paul.wolfson@wilmerhale.com
    Email:  Jennifer.oconnor@wilmerhale.com

*Counsel for Defendants Duke University Health System, Inc., Tara Levicy and Theresa Arico*
    Dan McLamb
    Shirley Maring Pruitt
    Thomas Carlton Younger, III
    Email: dmclamb@ymwlaw.com
    Email: spruitt@ymwlaw.com
    Email: cyounger@ymwlaw.com

*Counsel for Defendant City of Durham*
    Reginald B. Gillespie, Jr.
    Email: rgillespie@faison-gillespie.com

*Counsel for Defendant Benjamin W. Himan*
    Henry W. Sappenfield
    Joel Miller Craig
    Email: hsappenfield@kennoncraver.com
    Email: jcraig@kennoncraver.com

*Counsel for Defendant David W. Addison*
    James B. Maxwell
    Email: jmaxwell@mfbpa.com

*Counsel for Defendant Mark D. Gottlieb*
    Edwin M. Speas, Jr.
    Eric P. Stevens
    Email: espeas@poynerspruill.com
    Email: estevens@poyners.com

*Counsel for Defendants Steven Chalmers, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, Lee Russ, and Patrick Baker*
    Patricia P. Kerner
    D. Martin Warf
    Hannah Gray Styron
    Email: tricia.kerner@troutmansanders.com
    Email: martin.warf@troutmansanders.com
    Email: hannah.styron@troutmansanders.com

*Counsel for Defendant J. Wesley Covington*
    Kenneth Kyre, Jr.
    E-mail: kkyre@pckb-law.com

As of the date of this filing, no attorney has made an appearance on behalf of the following Defendant. I hereby certify that I served the following Defendant by U.S. Mail:

>Linwood Wilson
>6910 Innesbrook Way
>Bahama, NC 27503-9700

**/s/ L. Cooper Harrell**
L. Cooper Harrell, Esq.
N.C. State Bar #27875