# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Case No. 1:08cv119

EDWARD CARRINGTON, et al.,

    Plaintiffs,

v.

DUKE UNIVERSITY, et al.,

    Defendants.

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

    PRESENTLY BEFORE THE COURT is the consent motion of L. Cooper Harrell, Esq. and Smith Moore Leatherwood LLP (formerly Smith Moore LLP) to withdraw from this case as counsel of record for defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau (the "Duke University Defendants").

    Based on the motion submitted to the Court, and it appearing that the Duke University Defendants consent to the entry of this Order, the Court finds good cause for allowing L. Cooper Harrell and Smith Moore Leatherwood LLP to withdraw as counsel of record.

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, for good cause shown, that the motion of L. Cooper Harrell and the law firm of Smith Moore Leatherwood LLP (formerly Smith Moore LLP) to withdraw as counsel of record for the Duke University Defendants is GRANTED and that L. Cooper Harrell and the law firm

of Smith Moore Leatherwood LLP are fully discharged from representation of the Duke University Defendants in this matter and have no further responsibility with regard to this case.

This the 4th day of September, 2008.

                                                                                       */s/ James A. Beaty, Jr.*
                                                                                       United States District Judge