IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:08-cv-119

EDWARD CARRINGTON, et al.,    )
                              )
            Plaintiffs,       )
                              )
vs.                           )
                              )
DUKE UNIVERSITY, et al.       )
                              )
            Defendants.       )

**REPLY MEMORANDUM OF DEFENDANT LINWOOD WILSON
IN SUPPORT OF HIS MOTION TO DISMISS**

Defendant Linwood Wilson (hereinafter "Wilson"), *prose*, respectfully, submits this, his Reply to the "Plaintiffs' Opposition to Defendant Linwood Wilson's Motion to Dismiss Pursuant to Rule 12(b)(6)." (Doc. No. 94, hereinafter Plaintiffs' Opposition to Wilson's Motion).

In their Complaint, the Plaintiffs had named Linwood Wilson as an individual Defendant in Plaintiffs' claims against him, set out in Counts Eight, Ten, Twenty, Twenty-One, Twenty-Two, Twenty-Three, Twenty-Four, Twenty-Five, Twenty-Six, Twenty-Eight, Twenty-Nine and Thirty. In addition, Counts 22 and 23 listed "All Defendants" as the named Defendants which would presumably have included Linwood Wilson. In the Plaintiffs' Opposition to Defendant Linwood Wilson's Motion to Dismiss Pursuant to Rule 12(b)(6), in their Conclusion, they stated "For the foregoing reasons, Defendant Himan's and Wilson's motions to dismiss should be denied, except that they may be granted with respect to Counts 29-30 and with respect to the official-capacity claims in Counts 8, 10, 20-22, 25-26, and 28, as stated above. (Plaintiff's Opposition to

1

Wilson's Motion p. 12). This concession effectively removes Linwood Wilson from these counts and the Plaintiffs have agreed that Linwood Wilson's Motion to Dismiss should be granted.

**CONCLUSION**

For the reasons set forth initially in Linwood Wilson Motion to Dismiss and his Memorandum of Law in Support of (his) Motion to Dismiss; with the consent of the Plaintiffs that his Motion to Dismiss should be granted as to Counts 8, 10, 20-22, 25-26, 28, 29, 30 as set forth above; Linwood Wilson respectfully requests the Court to Dismiss all claims against him, individually, arising out of the Complaint filed against him.

This the 29th day of September, 2008.
/S/ Linwood Wilson
*Pro Se.*
6910 Innesbrook Way
Bahama, NC 27503

## Certificate of Service

I hereby certify that I have served a copy of the foregoing Reply Memorandum of Defendant Linwood Wilson in Support of his Motion to Dismiss upon the below listed individuals by electronically filing the document with the Clerk of Court on this date using the CM/ECF system which will send notification of such filing to the following counsel and:

William J. Thomas, II
119 East Main St.
Durham, NC 27701
*Counsel for Plaintiffs*

Charles J. Cooper
David H. Thompson
Brian S. Doukoutchos
Nicole Jo Moss
David M. Lehn
Cooper & Krik, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
*Counsel for Plaintiffs*

J. Donald Cowan, Jr.
Dixie Thomas Wells
Ellis & Winters, LLP
100 N. Greene St., Suite 102
Greensboro, NC 27401
*Counsel for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*

Jamie S. Gorelick
Jennifer M. O'Connor
Paul R. Q. Wolfson
Wilmer, Cutler, Pickering,
Hale and Dorr, L.L.P.
1875 Pennsylvania Ave., NW
Washington, DC 20006
*Counsel for Defendant Duke University, et al.*

William F. Lee
Wilmer, Cutler, Pickering, Hale
& Dorr, LLP
60 State St.
Boston, MA 02109
*Counsel for Defendant Duke University, et al.*

Dan J. McLamb
Shirley M. Pruitt
T. Carlton Younger, III
Yates, McLamb & Weyher, L.L.P.
P. O. Box 2889
Raleigh, NC 27602-2889
*Counsel for Defendants Duke University Health*
*System, Inc., Tara Levicy and Theresa Arico*

Reginald B. Gillespie, Jr.
Faison & Gillespie
P. O. Box 51729
Durham, NC 27717
*Counsel for Defendant City of Durham*

Joel M. Craig
Henry W. Sappenfield
Kennon, Craver, Belo, Craig & McKee, PLLC
P. O. Box 51579
Durham, NC 27717-1579
*Attorneys for Defendant Benjamin Himan*

Patricia Kerner
D. Martin Warf
Hannah G. Styron
Troutman Sanders, LLP
434 Fayetteville St., Suite 1900
Raleigh, NC 27601
*Attorneys for Defendants Patrick Baker, Steven*
*Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich,*
*Beverly Council, Jeff Lamb and Michael Ripberger*