UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

File No. 1:08-CV-119

| | |
|---|---|
| EDWARD CARRINGTON et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DUKE UNIVERSITY et al., <br><br> Defendants. | **NOTICE OF CHANGE OF ADDRESS** |

Please be advised that our address and firm name has changed, effective Monday, 13 October 2008.

| **From:** | **To:** |
|---|---|
| Mailing Address: | Mailing Address: |
| Poyner & Spruill LLP <br> P.O. Box 10096 <br> Raleigh, NC 27605-0096 | Poyner Spruill LLP <br> P.O. Box 1801 <br> Raleigh, NC 27602-1801 |
| Physical Address: | Physical Address: |
| Poyner & Spruill LLP <br> 3600 Glenwood Avenue <br> Raleigh, NC 27612 | Poyner Spruill, LLP <br> 301 Fayetteville Street, Suite 1900 <br> Raleigh, NC 27602-1801 |

This the 17th day of October, 2008.

**POYNER & SPRUILL LLP**

By: /s/Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
North Carolina Bar #4112
Eric P. Stevens
North Carolina Bar # 17609
P.O. Box 1801
Raleigh, N.C. 27602-1801
Tel.   (919) 783-6400
Fax   (919) 783-1075
Email  espeas@poynerspruill.com
Email: estevens@poyners.com

*Attorneys for Defendant Mark Gottlieb*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 17, 2008, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Charles J. Cooper<br>David H. Thompson<br>Brian S. Koukoutchos<br>Nicole Jo Moss<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, DC 20036 | Dan J. McLamb<br>Shirley M. Pruitt<br>T. Carlton Younger, III<br>Yates, McLamb & Weyher, L.L.P.<br>Post Office Box 2889<br>Raleigh, NC 27602<br><br>*Attorneys for Defendants Duke Unviersity Health System, Inc., Theresa Arico R.N. And Tar Levicy, R.N.* |
| William J. Thomas, II<br>Thomas, Ferguson & Mullins, L.L.P.<br>119 East Main Street<br>Durham, NC 27701<br><br>*Attorney for Plaintiffs* | J. Donald Cowan, Jr.<br>Dixie T. Wells<br>L. Cooper Harrell<br>Smith Moore LLP<br>Post Office Box 21927<br>Greensboro, NC 27420 |
| William F. Lee<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Jamie Gorelick<br>Jennifer M. O'Connor<br>Paul R.Q. Wolfson<br>Wilmer Cutler Pickering Hale and DorrLLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>*Attorneys for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Susanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks And Victor J. Dzau* |
| Reginald B. Gillespie, Jr.<br>Faison & Gillespie<br>Post Office Box 51729<br>Durham, NC 27717-1729<br><br>*Attorneys for City of Durham, NC* | James B. Maxwell<br>Maxwell, Freeman & Bowman, P.A.<br>Post Office Box 52396<br>Durham, NC 27717-2396<br><br>Attorneys for Defendant David Addison |

| | |
|---|---|
| Henry W. Sappenfield<br>Kennon, Craver, Belo, Craig & McKee, PLLC<br>4011 University Drive, Suite 300<br>Post Office Box 51579<br>Durham, NC 27717-1579<br><br>*Attorneys for Defendant Benjamin Himan* | Paul D. Coates<br>Kenneth Kyre, Jr.<br>Pinto Coasts Kyre & Brown, PLLC<br>Post Office Box 4848<br>Greensboro, NC 27404<br><br>*Attorneys for Defendant J. Wesley Covington* |
| Linwood Wilson, *Pro Se*<br>6910 Innesbrook Way<br>Bahama, NC 27503-9700 | Patricia P. Kerner<br>D. Martin Warf<br>Hannah G. Styron<br>Troutman Sanders LLP<br>434 Fayetteville Street, Suite 1900<br>Raleigh, NC 27601<br><br>*Attorneys for Defendants Patrick Baker,*<br>*Steven Chalmers, Ronald Hodge,*<br>*Lee Russ, Stephen Mihaich,*<br>*Beverly Council, Jeff Lamb and*<br>*Michael Ripberger* |

This the 17th day of October, 2008.

/s/Edwin M. Speas, Jr.