IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:08-cv-119

|  |  |
|---|---|
| EDWARD CARRINGTON, et al., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| DUKE UNIVERSITY, et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of David M. Lehn of Cooper & Kirk, PLLC as counsel of record for the Plaintiffs in the above-captioned civil action.

Mr. Lehn certifies that he is an active member in good standing of the bars of the District of Columbia and the State of New York. Mr. Lehn further certifies that he understands that by entering an appearance he submits to the disciplinary jurisdiction of the court or any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

November 14, 2008          Respectfully submitted,

**COOPER & KIRK, PLLC**

By:   <u>/s/ David M. Lehn</u>
      David M. Lehn
      1523 New Hampshire Avenue, NW
      Washington, DC 20036
      Tel. (202) 220-9600
      Email: dlehn@cooperkirk.com

      <u>/s/ Nicole Jo Moss</u>
      Charles J. Cooper*
      David H. Thompson*
      Nicole Jo Moss (N.C. Bar # 31958)
      1523 New Hampshire Avenue, NW
      Washington, DC 20036
      Tel. (202) 220-9600
      Email: ccooper@cooperkirk.com
      Email: nmoss@cooperkirk.com

*Attorneys for Plaintiffs*

    (* motion for special appearance
       has been filed)

            -and-

**THOMAS, FERGUSON & MULLINS, L.L.P.**

By:   <u>/s/ William J. Thomas</u>
      William J. Thomas, II (N.C. Bar # 9004)
      119 East Main Street
      Durham, NC 27701
      Tel. (919) 682-5648
      Email: thomas@tfmattorneys.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008, I electronically filed the foregoing Notice of Special Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

**TROUTMAN SANDERS LLP**
Patricia P. Kerner
N.C. State Bar No. 13005
Hannah Gray Styron
D. Martin Warf
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Phone: (919) 835-4117
Fax: (919) 829-8714
Email: tricia.kerner@troutmansanders.com
Email: hannah.styron@troutmansanders.com
Email: martin.warf@troutmansanders.com
*Counsel for Defendants Steven Chalmers, Patrick Baker, Beverly Council, Ronald Hodge, Jeff Lamb, Stephen Mihaich, Michael Ripberger, and Lee Russ*

**FAISON & GILLESPIE**
Reginald B. Gillespie, Jr.
N.C. State Bar No. 10895
5517 Durham Chapel Hill Boulevard
Suite 2000
Durham, North Carolina 27727-1729
Phone: (919) 489-9001
Fax: (919) 489-5774
Email: rgillespie@faison-gillespie.com
*Counsel for Defendants City of Durham, North Carolina and Steven Chalmers*

**STEPTOE & JOHNSON LLP**
Roger E. Warin*
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
Email: rwarin@steptoe.com
*(Motion for Special Appearance to be filed)
***Counsel for Defendant City of Durham, North Carolina***

**ELLIS & WINTERS LLP**
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
Dixie T. Wells
N.C. State Bar No. 26816
P.O. Box 21927 [27420]
100 N. Greene Street, Suite 102
Greensboro, North Carolina 27401
Phone: (336) 217-4197
Fax: (336) 217-4198
Email: don.cowan@elliswinters.com
Email: dixie.wells@elliswinters.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Jamie Gorelick*
D.C. Bar No. 101370
Jennifer M. O'Connor
William F. Lee
Paul R.Q. Wolfson
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: Jamie.gorelick@wilmerhale.com
Email: Jennifer.oconnor@wilmerhale.com
Email: William.lee@wilmerhale.com
Email: Paul.Wolfson@wilmerhale.com
*Counsel for Defendants Duke University, Aaron Graves, Robert Dean, Richard H. Brodhead, Peter Lange, Tallman Trask, III, John Burness, Larry Moneta, Victor J. Dzau, M.D., Allison Halton, Kemel Dawkins, Suzanne Wasiolek, Matthew Drummond,*

*Counsel for Duke University Health Systems, Inc., Theresa Arico, and Tara Levicy*
(*motion for special appearance filed)

**YATES, McLAMB &WEYHER, L.L.P**
Dan Johnson McLamb
N.C. State Bar No. 6272
T. Carlton Younger, III
Shirley Marring Pruitt
POB 2889
RALEIGH, NC 27602-2889
919-835-0900
Fax: 919-835-0910
Email: dmclamb@ymwlaw.com
Email: cyounger@ymwlaw.com
Email: spruitt@ymwlaw.com
*Counsel for Duke University Health Systems, Inc., Theresa Arico, and Tara Levicy*

**POYNER & SPRUILL LLP**
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
P.O. Box 1801
Raleigh, North Carolina 27602-1801
Phone: (919) 783-6400
Fax: (919) 783-1075
Email: espeas@poynerspruill.com
*Counsel for Defendant Mark Gottlieb*

**KENNON, CRAVER, BELO, CRAIG & MCKEE, PLLC**
Joel M. Craig
N.C. State Bar No. 9179
Henry W. Sappenfield
P.O. Box 51579
4011 University Drive, Suite 300
Durham, North Carolina 27717-1579
Phone: (919) 490-0500
Fax: (919) 490-0873
Email: jcraig@kennoncraver.com
Email: hsappenfield@kennoncraver.com
*Counsel for Defendant Benjamin Himan*

**MAXWELL FREEMAN & BOWMAN, P.A.**
James B. Maxwell
N.C. State Bar No. 2933
P.O. Box 52396
Raleigh, North Carolina 27717-2396
Phone: (919) 493-6464
Fax: (919) 493-1218
Email: jmaxwell@mfbpa.com
*Counsel for Defendant David Addison*

**PINTO COATES KYRE & BROWN, PLLC**
Kenneth Kyre Jr. (N.C. Bar # 7848)
Paul D. Coates (N.C. Bar # 9753)
P.O. Box 4848
Greensboro, NC 27404
Email: kkyre@pckb-law.com
Email: pcoates@pckb-law.com
*Counsel for J. Wesley Covington*

Linwood Wilson, *Pro Se*
6910 Innesbrook Way
Bahama, NC 27503-9700
Email: linwoodw@aol.com


/s/ Nicole Jo Moss