IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:08-cv-00119

| | |
|---|---|
| EDWARD CARRINGTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NOTICE OF CHANGE |
| ) | OF ADDRESS |
| DUKE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLEASE TAKE NOTICE that, effective immediately, the mailing address of J. Donald Cowan, Jr. and Dixie T. Wells has changed to the one indicated below. Please update the CM/ECF system and direct all future pleadings, papers and notices to the undersigned counsel at the address listed below.

| | |
|---|---|
| J. Donald Cowan, Jr. | Dixie T. Wells |
| N.C. Bar No. 0968 | N.C. Bar No. 26816 |
| ELLIS & WINTERS LLP | ELLIS & WINTERS LLP |
| 333 N. Greene Street, Suite 200 | 333 N. Greene Street, Suite 200 |
| Greensboro, NC 27401 | Greensboro, NC 27401 |
| Email: don.cowan@elliswinters.com | Email: dixie.wells@elliswinters.com |
| Tel: (336) 217-4086 | Tel: (336) 217-4197 |
| Fax: (336) 217-4198 | Fax: (336) 217-4198 |

This 26th day of January, 2009.

          ELLIS & WINTERS LLP

          /s/ J. Donald Cowan, Jr.
          J. Donald Cowan, Jr.
          N.C. Bar No. 0968
          don.cowan@elliswinters.com
          Dixie T. Wells
          N.C. Bar No. 26816
          dixie.wells@elliswinters.com
          333 N. Greene Street, Suite 200
          Greensboro, NC 27401
          Tel:   (336) 217-4193
          Fax:  (336) 217-4198

*Attorneys for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2009, the foregoing NOTICE OF CHANGE OF ADDRESS was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel.

This 26th day of January, 2009.

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.

*Attorney for Defendants Duke University, Richard H. Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Kate Hendricks, and Victor J. Dzau*