UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| EDWARD CARRINGTON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DUKE UNIVERSITY, et al.,<br><br>Defendants. | DOCKET NO. 1:08-CV-119 |

NOTICE OF WITHDRAWAL OF APPEARANCE
AND SUBSTITUTION OF COUNSEL

NOW COMES David W. Long of the law firm of Poyner Spruill LLP and pursuant to Local Rule 83.1(e) gives notice of his appearance as counsel for Defendant Mark Gottlieb in the above-referenced action. Mr. Long appears in place of Edwin M. Speas, Jr., who has withdrawn from Poyner Spruill LLP to serve as Counsel to North Carolina Governor Beverly Perdue. The undersigned hereby requests that all pleadings, motions, notices, correspondence and other papers relating to the above-captioned action be sent to the undersigned at the address listed below.

This the 27th day of February, 2009.

                                            **POYNER SPRUILL LLP**

                                        By:  /s/ David W. Long
                                                   David W. Long
                                                   N.C. State Bar No. 2779
                                                   Eric P. Stevens
                                                   N.C. State Bar No. 17609
                                                   P.O. Box 1801
                                                   Raleigh, NC 27602-1801
                                                   Telephone: 919.783.6400
                                                   Facsimile: 919.783.1075
                                                   Email: dlong@poynerspruill.com
                                                   estevens@poynerspruill.com
                                                   ATTORNEYS FOR DEFENDANT
                                                   MARK GOTTLIEB

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL*, with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| CHARLES J. COOPER: | ccooper@cooperkirk.com |
| | nmoss@cooperkirk.com |
| | dlehn@cooperkirk.com |
| | jbond@cooperkirk.com |
| JAMES DONALD COWAN, JR: | don.cowan@elliswinters.com |
| | tamera.surber@elliswinters.com |
| | linda.jones@elliswinters.com |
| | lauren.gavin@elliswinters.com |
| | becky.byron@elliswinters.com |
| JOEL MILLER CRAIG: | jcraig@kennoncraver.com |
| | rrogers@kennoncraver.com |
| | hsappenfield@kennoncraver.com |
| REGINALD B. GILLESPIE, JR: | rgillespie@faison-gillespie.com |
| | mherrington@steptoe.com |
| | lquadrino@steptoe.com |
| | diane.taylor@faison-gillespie.com |
| | susan.veasey@faison-gillespie.com |
| | Kelly.Troy@durhamnc.gov |
| | Kimberly.Grantham@durhamnc.gov |
| | JPNolan@steptoe.com |
| | RWarin@steptoe.com |
| | Beverly.Thompson@durhamnc.gov |
| | mvatis@steptoe.com |
| JAMIE S. GORELICK: | jamie.gorelick@wilmerhale.com |
| PATRICIA P. KERNER: | tricia.kerner@troutmansanders.com |
| | melissa.bowling@troutmansanders.com |
| | tracy.bowling@troutmansanders.com |
| KENNETH KYRE, JR: | kkyre@pckb-law.com |
| | eadams@pckb-law.com |
| WILLIAM F. LEE: | william.lee@wilmerhale.com |
| DAVID M. LEHN: | dlehn@cooperkirk.com |
| JAMES B. MAXWELL: | jmaxwell@mfbpa.com |
| | lrosemond@mfbpa.com |
| DAN JOHNSON MCLAMB: | dmclamb@ymwlaw.com |
| | cyounger@ymwlaw.com |

| | |
|---|---|
| JENNIFER M. O'CONNOR: | jennifer.oconnor@wilmerhale.com<br>whdukelacrosseassociates@wilmerhale.com<br>whdukelacrosseparalegals@wilmerhale.com |
| SHIRLEY MARING PRUITT: | spruitt@ymwlaw.com |
| HENRY W. SAPPENFIELD: | hsappenfield@kennoncraver.com<br>rrogers@kennoncraver.com |
| HANNAH GRAY STYRON: | hannah.styron@troutmansanders.com<br>nella.johnson@troutmansanders.com |
| WILLIAM JOHN THOMAS, II: | thomas@tfmattorneys.com<br>tfm@tfmattorneys.com |
| DAVID H. THOMPSON: | dthompson@cooperkirk.com |
| D. MARTIN WARF: | martin.warf@troutmansanders.com<br>nella.johnson@troutmansanders.com |
| DIXIE THOMAS WELLS: | dixie.wells@elliswinters.com<br>becky.byron@elliswinters.com<br>carole.seidel@elliswinters.com<br>sherry.pounds@elliswinters.com |
| LINWOOD WILSON: | LinwoodW@aol.com |
| PAUL R.Q. WOLFSON: | Paul.Wolfson@wilmerhale.com |
| THOMAS CARLTON YOUNGER, III: | cyounger@ymwlaw.com |

This the 27th day of February, 2009

/s/ David W. Long
David W. Long

3

RALEIGH/584376v2