# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

## CIVIL ACTION NUMBER 1:08-CV-00119

EDWARD CARRINGTON, et al.,

          Plaintiffs,

    v.

DUKE UNIVERSITY, et al.,

          Defendants.

Suggestion of Subsequently Decided Authority

Pursuant to Local Rule 7.3(i), the Duke University Defendants and Duke SANE Defendants respectfully submit this suggestion of subsequently decided authority, without argument, to supplement their motions to dismiss in the above-captioned case. A copy of the United States Supreme Court's decision in *Ashcroft v. Iqbal* (No. 07-1015) is attached hereto as Exhibit 1.

Respectfully submitted, this 27th day of May, 2009.


/s/ Jamie S. Gorelick

_____

Jamie S. Gorelick
District of Columbia Bar No. 101370
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6500
Facsimile: (202) 663-6363
Email: jamie.gorelick@wilmerhale.com

*Counsel for Duke University Defendants and
Duke SANE Defendants*


/s/ J. Donald Cowan, Jr.

_____

J. Donald Cowan, Jr.
N.C. State Bar No. 0968
Ellis & Winters LLP
333 N. Greene Street, Suite 200
Greensboro, N.C. 27401
Telephone: (336) 217-4193
Facsimile: (336) 217-4198
Email: don.cowan@elliswinters.com

*Counsel for Duke University Defendants*


/s/ Dan J. McLamb

_____

Dan J. McLamb
N.C. State Bar No. 6272
Yates, McLamb & Weyher, LLP
421 Fayetteville Street, Suite 1200
Raleigh, N.C. 27601
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
Email: dmclamb@ymwlaw.com

*Counsel for Duke SANE Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 27, 2009, I electronically filed the foregoing Suggestion of Subsequently Decided Authority with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for the Plaintiffs*
William J. Thomas, II
Email: thomas@tfmattorneys.com

Charles J. Cooper
Email: ccooper@cooperkirk.com

David H. Thompson
Email: dthompson@cooperkirk.com

David M. Lehn
Email: dlehn@cooperkirk.com

*Counsel for J. Wesley Covington*
Kenneth Kyre, Jr.
Email: kkyre@pckb-law.com

*Counsel for City of Durham*
Reginald B. Gillespie, Jr.
Email: rgillespie@faison-gillespie.com

*Counsel for Mark Gottlieb*
Eric P. Stevens
Email: estevens@poyners.com

David William Long
Email: dwlong@poynerspruill.com

*Counsel for Benjamin Himan*
Henry W. Sappenfield
Email: hsappenfield@kennoncraver.com

Joel Miller Craig
Email: jcraig@kennoncraver.com

*Counsel for Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger*
Patricia P. Kerner
Email: tricia.kerner@troutmansanders.com

D. Martin Warf
Email: martin.warf@troutmansanders.com

Hannah Gray Styron
Email: hannah.styron@troutmansanders.com

*Counsel for David Addison*
James B. Maxwell
Email: jmaxwell@mfbpa.com

*Linwood Wilson, pro se*
Email: redacted

This 27th day of May 2009.

/s/ Jamie S. Gorelick
Jamie S. Gorelick

Attorney for Duke University, Duke University Health System, Inc., Richard Brodhead, Peter Lange, Larry Moneta, John Burness, Tallman Trask, Suzanne Wasiolek, Matthew Drummond, Aaron Graves, Robert Dean, Tara Levicy, Theresa Arico, Kate Hendricks, Victor Dzau