# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## No. 1:08-cv-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPENDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDUS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, and MICHAEL YOUNG, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, ) ) ) ) ) | |

| | |
|---|---|
| SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK GOTTLIEB BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, and DAVID ADDISON, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

PLEASE TAKE NOTICE of the appearance of Nicole Jo Moss, of Cooper & Kirk, PLLC as counsel of record for the Plaintiffs in the above-captioned civil action.

The undersigned counsel certifies that she is admitted to practice before this Court.

August 25, 2009                                          Respectfully submitted,

**THOMAS, FERGUSON**                    **COOPER & KIRK, PLLC**
**& MULLINS, L.L.P.**

<u>/s/ William J. Thomas</u>                           <u>/s/ Nicole Jo Moss</u>

William J. Thomas, II                              Charles J. Cooper
(N.C. Bar # 9004)                                  ccooper@cooperkirk.com
thomas@tfmattorneys.com                            David H. Thompson
119 East Main Street                               dthompson@cooperkirk.com
Durham, NC  27701                                  Nicole Jo Moss
Tel. (919) 682-5648                                (N.C. Bar # 31958)
                                                   nmoss@cooperkirk.com
                                                   David Lehn
                                                   dlehn@cooperkirk.com
                                                   1523 New Hampshire Avenue, NW
                                                   Washington, DC  20036
                                                   Tel. (202) 220-9600

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

*Counsel for J. Wesley Covington*
    Kenneth Kyre, Jr.
    Email: kkyre@pckb-law.com

*Counsel for City of Durham*
    Reginald B. Gillespie, Jr.
    Email: rgillespie@faison-gillespie.com

*Counsel for Mark Gottlieb*
    David William Long
    Email: dwlong@poynerspruill.com

*Counsel for Benjamin Himan*
    Joel Miller Craig
    Email: jcraig@kennoncraver.com

*Counsel for Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger*
    Patricia P. Kerner
    Email: tricia.kerner@troutmansanders.com

*Counsel for David Addison*
    James B. Maxwell
    Email: jmaxwell@mfbpa.com

*Linwood Wilson, pro se*
    Email: LinwoodW@aol.com

*Counsel for Duke University Defendants and Duke SANE Defendants*
    Jamie S. Gorelick
    Email: jamie.gorelick@wilmerhale.com

                                              /s/ Nicole J. Moss