## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## No. 1:08-cv-119

| | |
|---|---|
| EDWARD CARRINGTON, CASEY J. CARROLL, MICHAEL P. CATALINO, GALE CATALINO, THOMAS V. CLUTE, KEVIN COLEMAN, JOSHUA R. COVELESKI, EDWARD J. CROTTY, EDWARD S. DOUGLAS, KYLE DOWD, PATRICIA DOWD, DANIEL FLANNERY, RICHARD GIBBS FOGARTY, ZACHARY GREER, IRENE GREER, ERIK S. HENKELMAN, STEVEN W. HENKELMAN, JOHN E. JENNISON, BEN KOESTERER, MARK KOESTERER, JOYCE KOESTERER, FRED KROM, PETER J. LAMADE, ADAM LANGLEY, CHRISTOPHER LOFTUS, DANIEL LOFTUS, BARBARA LOFTUS, ANTHONY MCDEVITT, GLENN NICK, NICHOLAS O'HARA, LYNNDA O'HARA, DANIEL OPPENDISANO, SAM PAYTON, JOHN BRADLEY ROSS, KENNETH SAUER, III, STEVE SCHOEFFEL, ROBERT SCHROEDER, DEVON SHERWOOD, DANIEL THEODORIDUS, BRET THOMPSON, CHRISTOPHER TKAC, TRACY TKAC, JOHN WALSH, JR., MICHAEL WARD, ROBERT H. WELLINGTON, IV, WILLIAM WOLCOTT, and MICHAEL YOUNG, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | **NOTICE OF SPECIAL APPEARANCE** |
| v. ) | |
| ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, INC., RICHARD BRODHEAD, PETER LANGE, LARRY MONETA, JOHN BURNESS, TALLMAN TRASK, ) ) ) ) ) | |

| | |
|---|---|
| SUZANNE WASIOLEK, MATTHEW DRUMMOND, AARON GRAVES, ROBERT DEAN, TARA LEVICY, THERESA ARICO, J. WESLEY COVINGTON, KATE HENDRICKS, VICTOR DZAU, CITY OF DURHAM, LINWOOD WILSON, MARK GOTTLIEB BENJAMIN HIMAN, PATRICK BAKER, STEVEN CHALMERS, RONALD HODGE, LEE RUSS, STEPHEN MIHAICH, BEVERLY COUNCIL, JEFF LAMB, MICHAEL RIPBERGER, and DAVID ADDISON, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Brian Koukoutchos of Cooper & Kirk, PLLC as counsel of record for the Plaintiffs in the above-captioned civil action.

Mr. Koukoutchos certifies that he is an active member in good standing of the bars of the Supreme Court of the United States; the Commonwealth of Massachusetts; the District of Columbia; the United States Courts of Appeals for the Third, Fourth, Fifth, Sixth, Seventh, Ninth, Federal and District of Columbia Circuits; and the United States District Court for the District of Columbia. Mr. Koukoutchos further certifies that he understands that by entering an appearance he submits to the disciplinary jurisdiction of the court or any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

| | |
|---|---|
| August 25, 2009 | Respectfully submitted, |
| **THOMAS, FERGUSON & MULLINS, L.L.P.** | **COOPER & KIRK, PLLC** |
| /s/ William J. Thomas | /s/ Brian Koukoutchos |
| William J. Thomas, II<br>(N.C. Bar # 9004)<br>thomas@tfmattorneys.com<br>119 East Main Street<br>Durham, NC 27701<br>Tel. (919) 682-5648 | Charles J. Cooper<br>ccooper@cooperkirk.com<br>David H. Thompson<br>dthompson@cooperkirk.com<br>Brian Koukoutchos<br>bkoukoutchos@gmail.com<br>David Lehn<br>dlehn@cooperkirk.com<br>1523 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Tel. (202) 220-9600 |

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

*Counsel for J. Wesley Covington*
    Kenneth Kyre, Jr.
    Email: kkyre@pckb-law.com

*Counsel for City of Durham*
    Reginald B. Gillespie, Jr.
    Email: rgillespie@faison-gillespie.com

*Counsel for Mark Gottlieb*
    David William Long
    Email: dwlong@poynerspruill.com

*Counsel for Benjamin Himan*
    Joel Miller Craig
    Email: jcraig@kennoncraver.com

*Counsel for Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger*
    Patricia P. Kerner
    Email: tricia.kerner@troutmansanders.com

*Counsel for David Addison*
    James B. Maxwell
    Email: jmaxwell@mfbpa.com

*Linwood Wilson, pro se*
    Email: LinwoodW@aol.com

*Counsel for Duke University Defendants and Duke SANE Defendants*
    Jamie S. Gorelick
    Email: jamie.gorelick@wilmerhale.com

                                                /s/ Brian Koukoutchos