# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CIVIL ACTION NO. 1:08-CV-119

| | |
|---|---|
| **EDWARD CARRINGTON**, *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>)<br>)<br>**DUKE UNIVERSITY**, *et al.*, )<br>)<br>**Defendants.** )<br>) | **ORDER ON<br>PLAINTIFFS' MOTION FOR<br>LEAVE TO FILE AMENDED<br>COMPLAINT** |

Upon consideration of Plaintiffs' Motion for Leave to File Amended Complaint (Doc. No. 140) and the City of Durham's Response, it is hereby **ORDERED**:

1. That Plaintiffs' First Amended Complaint (Doc. No. 140-2) is hereby accepted by the Court for filing and is deemed **FILED** as of the date of entry of this order.

2. That the City of Durham may file a further motion to dismiss, together with a supporting memorandum that is limited to 20 pages, such motion and memorandum to be filed and served within _____ days after entry of this order. No other Defendant need respond to Plaintiffs' First Amended Complaint prior to the Court's ruling on the pending motions to dismiss.

**SO ORDERED,** this _____ day of _____, 2009.

_____
JAMES A. BEATY, JR.
Chief Judge
U.S. District Court for the
Middle District of North Carolina

8838-34\P\021 Proposed Order