# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:08-cv-119

_____

EDWARD CARRINGTON *et al.*,

    Plaintiffs,

              v.

DUKE UNIVERSITY *et al.*,

    Defendants.
_____

CIVIL COMPLAINT

JURY TRIAL DEMANDED

**PLAINTIFFS' REPLY TO THE CITY OF
DURHAM'S OPPOSITION TO PLAINTIFFS' MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

    Plaintiffs agree with Durham's concession that there can be no objection to the filing of the amended complaint, insofar as most of the Defendants have not yet filed answers and therefore Plaintiffs are entitled under Rule 15 to amend. Plaintiffs filed the motion only because one defendant, Mr. Covington, had already filed an answer and therefore leave to amend was required as to him. However, although Mr. Covington has stated that he opposes Plaintiffs' motion, he has not filed an opposition to it, nor does he have any genuine grounds for opposing our motion because the new claim does not name him as a defendant.

    As stated in Plaintiffs' motion, Plaintiffs are amenable to Durham's filing a supplemental brief supporting dismissal of the new claim. But Durham's request for twenty pages is

1

excessive, given that there is only one new claim. Therefore, Plaintiffs propose that Durham be allowed to file a supplemental brief in support of its motion to dismiss of no more than ten pages, that Plaintiffs be allowed to file an opposition brief of no more than ten pages, and that Durham be allowed then to file a reply brief of no more than five pages.

September 28, 2009  Respectfully submitted,

**COOPER & KIRK, PLLC**

By:  /s/ Charles J. Cooper
_____
Charles J. Cooper
ccooper@cooperkirk.com
David H. Thompson
Brian S. Koukoutchos
Nicole Jo Moss (N.C. Bar # 31958)
nmoss@cooperkirk.com
David Lehn
1523 New Hampshire Avenue, NW
Washington, DC  20036
Tel. (202) 220-9600

-and-

**THOMAS, FERGUSON & MULLINS, L.L.P.**

By:  /s/ William J. Thomas
_____
William J. Thomas, II (N.C. Bar # 9004)
thomas@tfmattorneys.com
119 East Main Street
Durham, NC  27701
Tel. (919) 682-5648

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

*Counsel for J. Wesley Covington*
    Kenneth Kyre, Jr.
    Email: kkyre@pckb-law.com

*Counsel for City of Durham*
    Reginald B. Gillespie, Jr.
    Email: rgillespie@faison-gillespie.com

*Counsel for Mark Gottlieb*
    David William Long
    Email: dwlong@poynerspruill.com

*Counsel for Benjamin Himan*
    Joel Miller Craig
    Email: jcraig@kennoncraver.com

*Counsel for Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger*
    Patricia P. Kerner
    Email: tricia.kerner@troutmansanders.com

*Counsel for David Addison*
    James B. Maxwell
    Email: jmaxwell@mfbpa.com

*Linwood Wilson, pro se*
    Email: LinwoodW@aol.com

*Counsel for Duke University Defendants and Duke SANE Defendants*
    Jamie S. Gorelick
    Email: jamie.gorelick@wilmerhale.com

                                                        /s/ David Lehn