IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:08-cv-119

_____
                                       )
EDWARD CARRINGTON *et al.*,            )
                                       )
    Plaintiffs,                        )
                                       )  CIVIL
              v.                    )  COMPLAINT
                                       )
DUKE UNIVERSITY *et al.*,              )  JURY TRIAL
                                       )  DEMANDED
    Defendants.                        )
_____ )

## **ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File Amended Complaint ("the Motion") (Docket Entry 140), the City of Durham's Response, and the Plaintiffs' Reply, it is hereby ORDERED that the Motion is GRANTED. IT IS FURTHER ORDERED

That Plaintiffs' proposed Amended Complaint, attached to the Motion as Exhibit 1, is deemed filed as of this date;

And that the City of Durham may file and serve within ___ days of this order a supplemental motion to dismiss and supporting memorandum of no more than 10 pages and limited to issues raised by the amendments to the Complaint, that Plaintiffs may file and serve an opposition to the City of Durham's

supplemental motion to dismiss of no more than 10 pages, and that the City of Durham may file and serve a reply to Plaintiffs' opposition of no more than five pages.

It is so ORDERED this _____ day of _____, 200\_\_.

_____
James A. Beaty, Jr.
Chief Judge
United States District Court for the Middle District of North Carolina