# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CIVIL ACTION NO. 1:08-CV-00119

|  |  |
|---|---|
| EDWARD CARRINGTON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DUKE UNIVERSITY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | CITY DEFENDANTS' <br> SUGGESTION OF <br> SUBSEQUENTLY DECIDED <br> AUTHORITY |

NOW COME Defendants the City of Durham, North Carolina, Mark Gottlieb, Benjamin Himan, Patrick Baker, Steven Chalmers, Ronald Hodge, Lee Russ, Stephen Mihaich, Beverly Council, Jeff Lamb, Michael Ripberger, and David W. Addison, (collectively, the "City Defendants"), herein by and through their respective counsel of record, and pursuant to LR7.3(i), MDNC, submit this suggestion of subsequently decided authority. The following published cases were decided subsequent to the City Defendants' filing of their briefs and reply briefs in support of their motions to dismiss (consolidated at Doc. No. 60) and the City Defendants respectfully draw the Court's attention to them:

 Monroe v. City of Charlottesville, 579 F.3d 380 (4th Cir. 2009), and

 Francis v. Giacomelli, 588 F.3d 186 (4th Cir. 2009).

Respectfully submitted, this the 7th day of January, 2010.

    FAISON & GILLESPIE

    By: /s/ Reginald B. Gillespie, Jr.
        Reginald B. Gillespie, Jr.
        North Carolina State Bar No. 10895
        5517 Chapel Hill Boulevard, Suite 2000
        Post Office Box 51729
        Durham, North Carolina 27717
        Telephone: (919) 489-9001
        Facsimile: (919) 489-5774
        rgillespie@faison-gillespie.com

*Attorneys for Defendant City of Durham, North Carolina*

    STEPTOE & JOHNSON, LLP

    By: /s/ Roger E. Warin
        Roger E. Warin*
        Michael A. Vatis*
        Matthew J. Herrington*
        John P. Nolan*
        Leah M. Quadrino*
        1330 Connecticut Avenue, NW
        Washington, DC 20036
        Telephone : (202) 429-3000
        Facsimile: (202) 429-3902
        rwarin@steptoe.com
        mvatis@steptoe.com
        mherrington@steptoe.com
        jpnolan@steptoe.com
        lquadrino@steptoe.com

        *Motion for Special Appearance to be filed

*Attorneys for Defendant City of Durham, North Carolina*

POYNER SPRUILL LLP

By: /s/ Eric P. Stevens
    David W. Long
    North Carolina State Bar No. 2779
    Eric P. Stevens
    North Carolina State Bar No. 17609
    Post Office Box 1801
    Raleigh, North Carolina 27602-1801
    Telephone: (919) 783-6400
    Facsimile: (919) 783-1075
    dlong@poynerspruill.com
    estevens@poynerspruill.com

*Attorneys for Defendant Mark Gottlieb*

KENNON, CRAVER, BELO, CRAIG &
  MCKEE PLLC

By: /s/ Joel M. Craig
    Joel M. Craig
    North Carolina State Bar No. 9179
    Henry W. Sappenfield
    North Carolina State Bar No. 37419
    4011 University Drive, Suite 300
    Post Office Box 51579
    Durham, North Carolina 27717-1579
    Telephone: (919) 490-0500
    Facsimile: (919) 490-0873
    jcraig@kennoncraver.com
    hsappenfield@kennoncraver.com

*Attorneys for Defendant Benjamin Himan*

MAXWELL, FREEMAN & BOWMAN, PA

By: /s/ James B. Maxwell
    James B. Maxwell
    North Carolina State Bar No. 2933
    Post Office Box 52396
    Durham, North Carolina 27717
    Telephone: (919) 493-6464
    Facsimile: (919) 493-1218
    jmaxwell@mfbpa.com

*Attorneys for Defendant David W. Addison*

-3-

TROUTMAN SANDERS LLP

By: /s/ Patricia P. Kerner
    Patricia P. Kerner
    North Carolina State Bar No. 13005
    Hannah G. Styron
    North Carolina State Bar No. 28824
    D. Martin Warf
    North Carolina State Bar No. 32982
    434 Fayetteville Street, Suite 1900
    Raleigh, North Carolina 27601
    Telephone: (919) 835-4100
    Facsimile: (919) 829-8714
    tricia.kerner@troutmansanders.com
    hannah.styron@troutmansanders.com
    martin.warf@troutmansanders.com

*Attorneys for Defendants Baker, Chalmers, Council, Hodge, Lamb, Mihaich, Ripberger, and Russ*

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

    The undersigned hereby certifies that, pursuant to Rule 5 of the Federal Rules of Civil Procedure and LR5.3 and LR5.4, MDNC, the foregoing pleading, motion, affidavit, notice, or other document/paper has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record (or that the party is a registered user of record), to each of whom the NEF will be transmitted.

    This the 7th day of January, 2010.

FAISON & GILLESPIE

By: /s/ Reginald B. Gillespie, Jr.
    Reginald B. Gillespie, Jr.
    North Carolina State Bar No. 10895

*Attorneys for Defendant City of Durham, North Carolina*

-4-